FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 21 2019

JAMES N. HATTEN, Clerk
By_____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

|  |  |
|---|---|
| CALVIN W. SCOTT, Pro Se | ) Case No. |
| | ) 1 19-CV-4699 |
| *Plaintiff(s)* | ) *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| | ) |
| DORCHESTER MANAGEMENT L.L.C. | ) |
| (see attahed) | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Calvin W. Scott |
| Street Address | 5095 Southwood Rd. Unit :1208 |
| City and County | Fairburn |
| State and Zip Code | Georgia, 30213 |
| Telephone Number | 770-703-5898 |
| E-mail Address | nlckk77@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Dorchester Management . |
| Job or Title *(if known)* | L.L.C. |
| Street Address | 5605 Glenridge  Drive Suite 100 |
| City and County | Atlana, Fulton |
| State and Zip Code | Georgia, 30342 |
| Telephone Number | 678-514-5900 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Eddy Benoit Jr. |
| Job or Title *(if known)* | President |
| Street Address | 5605 Glenridge drive Suite 100 |
| City and County | Atlanta,Fulton |
| State and Zip Code | Georgia,30342 |
| Telephone Number | 770-514-5900 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Jan E.Roush |
| Job or Title *(if known)* | President |
| Street Address | 6780 Roswell Rd. N.E. Suite 200 |
| City and County | Sandy Springs, Fulton |
| State and Zip Code | Georgia,30328 |
| Telephone Number | 770-351-7220 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | T.J. Randall |
| Job or Title *(if known)* | `Assistant Manager |
| Street Address | 5095 Southwood Rd. Leasing Office |
| City and County | Fairburn,Fulton |
| State and Zip Code | Georgia,30213 |
| Telephone Number | 678-545-3653 |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 18 U.S.C. Sec 873 Blackmail,the Civil Rights Act of 1866, Title 42 USC Sec.1981(a)(b)(c),1982,and 1983, The Fair Housing Act of 1974,Title 42 U.S.C. Sec.6101,6102,6104, Title 34 CFR Sec.110.10(a)(b)1, Sec.504 of the Rehabilitation Act of 1973, The Freedom of Information Act of 1974 (FOIA),Title 5 U.S.C Sec.552(a)b, and Official code of Georgia Annoted (O.C.GA.)30-5-1, 30-5-8(a)(1((A)(B) Disabled Adults and Elder Persons Act

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)* Calvin W. Scott , is a citizen of the State of *(name)* Georgia .

    b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)*

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)* Eddy Benoit Jr. , is a citizen of the State of *(name)* Georgia . Or is a citizen of *(foreign nation)*

    b.    If the defendant is a corporation

        The defendant, *(name)*   Dorchester Management L.L.C.    , is incorporated under

        the laws of the State of *(name)*   Georgia     , and has its

        principal place of business in the State of *(name)*   Georgia     .

        Or is incorporated under the laws of *(foreign nation)*   State Georgia     ,

        and has its principal place of business in *(name)*   6780 Roswell Rd.Suite 200     .

    *(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at
stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    $5,500,000.00

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the
facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant
was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights,
including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each
claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if
needed.

A.    Where did the events giving rise to your claim(s) occur?

    5095 Southwood Rd. Leasing Office , Fairburn, Georgia 30213

B.    What date and approximate time did the events giving rise to your claim(s) occur?

    Januray 30,2016

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On 08/01/2019,T.J. Randall advised the Plaintiff that he had violated the terms of his lease by under reporting his income at the time he signed his lease, and would have to vacate his unit within the next six months.On 09/ 05/2019 the Plaintiff advised Toni that he did not under report his income and, that because of the fact that he recieves Federal Workers Compensation benefits from the United states Department of Labor Office of workers Compensation Programs, and all Federal agencies shares their records, and if Dorchester Management, reported the wrong informmation to the United States Department of Housing and Urban Development Section 202 ,Senior Housing grant, that the plaintiff was evicted for under reporting his income. The Office of workers compensation programs will treminate his benefits thus leaving the plaintiff wthout a means to support. obtained

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Because Dorchester Management have refused to to provide the plaintiff to a complete copy of all of the documents from his file as required under the FOIA of 1974,venthough the plaintiff made an initial FOIA request on 08/13/2019, and a second FOIA request on 08/13/2019.
The reason why the plaintiff made a second request because he wanted Dorchester to provide with the spicific HUD form that he were rtequired to sign "UNDER PENALTY OF PERJURY".Therefore, plaintiff is bringing this action before this "Request for an Injunction" before this court,because have not done anything illegal,to warrant such action, and under the Under the 6th and 14th Amandments to the united states Guarantees the Plaintiff public trial by jurya jury of his peers, and "Equal Protection" under the law.The plaintiff has filed the complaint in which this documennt is attached because, he believes that he that he have did anything illegal,and If he is the victim of Blackmail and that if he had under reported his income.He would not being forced to "self evict." The Plaintiff is requesting a determination by a jury, becausse the defendants have shown lack of respect for the law by simlly not providing the information to support their verbal allegations, and therefore, they can not be truested to provide the correct information to HUD if the plaintiff comply with their request to vacate my unit.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff is requesting that the defendants be enjoined from moving forward with any eviction until such a determination is made by this court, as to who is responsible for the damages suffered by the plaintiff., as outlined in the plaintiff's attached complaint.

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        10/21/2019

Signature of Plaintiff

Printed Name of Plaintiff        Calvn W. Scott

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



**Liquidated Damages Addendum**

Addendum Date: **January 30, 2016** . **Dorchester Management**

["Management"] ☐ as Owner of ☒ As Agent for the Owner of

**Providence at Parkway Village** ["Community Name"] enters into this Liquidated Damages Addendum to the Apartment

Rental Contract with **CALVIN SCOTT**

["Resident"], pertaining to Apt. No. **1208** located at **5095 Southwood Road,**

**Fairburn, GA 30213** [Address]. This addendum is part of the Apartment Rental Contract dated

**January 30, 2016** [Date of Lease] and amends Paragraph 26.

In lieu of liability for the remainder of the lease term for breach of the lease (as provided in Paragraph 26 of the Apartment Rental Contract), the parties agree that Management may re-enter the premises as provided by law, *thereby terminating the lease and terminating resident's liability for rent after the date Management obtains possession of the apartment through the end of the lease term,* and Management shall be entitled to recover liquidated damages from Resident in the amount of $ **704.00** [not to exceed the amount of two month's rent] as the estimated rent that will come due after management obtains possession of the apartment through either the end of the lease term or the re-letting of the apartment to another resident. Said liquidated damages is based on the average number of days that apartments in the community are vacant and take to lease or re-let as of the date of entering into this apartment rental contract.

If the resident's breach of this lease is based on failure to give a proper non-renewal notice to end the lease and vacate the premises as provided in Paragraph 6 of the Apartment Rental Contract then said liquidated damages shall not exceed the amount of one (1) month's rent.

By selecting Liquidated Damages to determine the resident's liability for rent through the remainder of the lease term, the parties agree that they have evaluated the likelihood that the apartment may remain vacant for an unspecified or undeterminable period of time based on the average length of time that it takes to ready the apartment for re-rental, re-market the same, and obtain a new resident or occupant for the remainder of the lease term. The liquidated damages are intended as a reasonable estimate of the lost rent and other costs of re-letting due to resident's breach of the lease and liability for rent as it accrues over the remaining balance of the lease term. In this respect, the liquidated damages provision shall serve to limit resident's liability for future unaccrued rents. The amount of liquidated damages, if applicable, was estimated based on the apartment community's current market rents, estimated future rents, the current occupancy rate, the expected future occupancy rate, the estimated length of time it takes to re-let an apartment in this particular apartment community's market, current economic conditions, projected future economic conditions, and the relatively short length of the lease.

Based on the above factors, the parties have estimated that it will probably take longer than the estimated number of days the apartment will remain vacant before management is able to re-let the apartment after obtaining possession due to resident's breach. Both parties agree that there are many costs involved in readying the apartment for re-letting due to the expense of turn-keying the premises, advertising, marketing, and other sales and administrative costs. The election to use a liquidated damages provision in lieu of waiting for accrual of future rents is a convenience and benefit for both management and resident as it allows management to render a prompt statement of resident's liability for unaccrued rent through the balance of the lease and it allows the resident the certainty of knowing how much he or she will owe while limiting liability for future rents. Resident acknowledges that he or she has the option of voluntarily terminating the lease as provided in Paragraph 7 in order to avoid liability for unaccrued future rents and thereby avoid liability for future rents through the remaining term of the lease.

Said liquidated damages, if elected, shall be due in addition to any rent or hold-over rent or other fees and charges which have accrued or come due during the time the resident remains in possession of the apartment or which accrues prior to the time management finally obtains possession of the apartment. Said liquidated damages are in addition to, and not in lieu of, any damages or cleaning fees exceeding normal wear and tear, unpaid utilities, and other sales and financial concession pay-backs which are due. The parties agree that the amount of lost rent and cost of re-letting are uncertain and difficult to ascertain, as the length of time it takes to re-let may vary greatly based on the above recited conditions.

By electing to use liquidated damages as the measure of resident's liability for the remainder of the lease term, management agrees to forego its right to allow the apartment to remain vacant and hold resident liable for payment of each month's rent through the remaining term of the lease or to sue the resident for each month's installment of rent as it comes due through expiration of the lease or to re-enter the premises as provided by law and re-let the same on resident's behalf while holding the resident liable for any deficiency between the contract rent and rent due through the remaining term of the lease until the re-letting. However, management reserves and retains all other remedies afforded at law or in equity, whether statutory or contractual, which are not inconsistent with the right to liquidated damages. In the event any court should determine that the liquidated damages provided for herein are unenforceable or illegal, then the court shall strike such portion of this addendum as is deemed unenforceable or illegal, and management shall be entitled to the remedy of re-entering the premises as provided by law and re-letting the apartment on resident's behalf while holding resident liable for any deficiency between the contract rent and rent received through the remaining term of the lease until re-letting of the apartment on resident's behalf.

The liquidated damages provided for herein, in the event that resident has breached the lease and failed to otherwise terminate the lease as provided by law or as provided in Paragraphs 6 and 7 of the Apartment Rental Contract, are in lieu of, not in addition to, any termination (cancellation) fee or notice fee provided for in Paragraph 7, and management is not entitled to collect any such termination (cancellation) fee or notice fee.

**Dorchester Management, LLC**

Name of Owner or Management Company      Resident's Signature

By: _____

Signature of Management Representative      Resident's Signature

As: **Assist Mgr.** (Title)      Resident's Signature

Resident's Signature

Copyright © 03/2007 by Atlanta Apartment Association, Inc. - Form 9401-LD
All Rights Reserved

013020161796711

General Lease Provisions.

The Owner is the landlord of the property, and the Resident is the tenant. The apartment community is managed for the Owner by its Managing Agent.

The lease is legally effective on the date it is signed, regardless of whether it was signed before or after the Resident moves into the apartment. There is no conditional three day right to rescind or void the contract once it is signed, and the Resident is legally bound to pay all rent, fees, and other charges that come due, regardless of whether the Resident continues to occupy the apartment. The Lease Date is the day on which the lease was signed and became effective as a contract.

The lease is a legally binding contract that creates the relationship of landlord and tenant for the full duration of the lease term at the rental rate stated above. Any addenda signed by the Owner and Resident are also part of this Apartment Rental Contract.

The Owner provides the apartment to the Resident in exchange for payment of monthly rent. The Resident's obligation to pay rent is independent of any other obligation of Landlord in the lease.

Listed above are important terms, conditions, and payment amounts. They are listed at the beginning of the lease to provide the parties with an easy reference. Each of the first page terms correspond to important lease provisions that follow below. Paragraph references on the first page correspond to the paragraph number of the General lease provisions that follow.

Important Information About Ending The Lease and Management's Right to Increase the Rent During Any Extension Period. This lease does not end automatically at the end of the initial lease term. The Resident must give a proper non-renewal notice to end the lease as provided in Par. 6, or the lease will be extended or renewed for an additional period of time stated in Par. 6. The lease continues to renew until the proper non-renewal notice is given. If the lease is renewed or extended, the Resident will be responsible for paying an additional Month-to-Month Fee and may also pay a higher rent than the rent specified in Par. 3, if Management gives notice of the higher rent amount.

The apartment shall only be occupied by Residents and the occupants listed on page 1, and any other occupants not listed above are unauthorized to live in the apartment. A violation of this provision or Paragraph 33 regarding unauthorized occupants is cause for termination of Resident's rental contract or right of occupancy.

Resident acknowledges and agrees that he or she has applied for and intends to live in an apartment that is subject to the laws and regulations pertaining to the Low Income Housing Tax Credit (LIHTC), HOME Program, Section 8 Housing Choice Voucher, Rural Development, Affordable Workforce Housing, Tax-Exempt Bond financing or other state and federal affordable housing programs. The eligibility, qualifications, and participation requirements of each program vary significantly. Resident's eligibility and occupancy in such housing is dependent upon strict compliance with specific income eligibility and other requirements of each program. Within the apartment community, those residents and apartments that are subject to meeting the eligibility, qualifications, and participation in such programs are referred to as "affordable housing" residents and apartments. Other residents and apartments that are not subject to such eligibility, qualifications, and participation in an affordable housing program are referred to as "market rate" residents and apartments; however, management shall have the right to require that all applicants for housing in the apartment community qualify by providing the same information required of affordable housing applicants in order to determine whether the applicant may qualify for an affordable housing apartment.

1.     Term.   The initial lease term of the lease is for the number of months and days specified in Par. 1. The initial term of the lease begins and ends at noon on the days specified in Par. 1 but will be automatically renewed on either a month to month or bi-monthly basis as stated in Par. 6. RESIDENT MAY NOT TERMINATE THIS LEASE PRIOR TO THE END OF THE INITIAL TERM EXCEPT IN STRICT COMPLIANCE WITH PARAGRAPH 7 or as otherwise provided by law.

2.     Possession.   Rent shall abate until possession is granted to Resident. Resident may void or rescind this lease if possession is not granted within seven (7) days from the start of the lease term. Management is not liable for any delay in possession. Resident shall give Management written notice of his or her election to void or rescind the contract.

3.     Rent.   Resident shall pay rent in advance on the 1st day of each month at the management office as provided in Par. 3. The first month's prorated rent shall be due at the time this lease is signed as provided in Par. 3. If this lease is extended or renewed under Paragraph 6 without signing a new lease, Resident shall owe a month-to-month fee in addition to the monthly rent due during any extension or renewal period.

CASH PAYMENTS WILL NOT BE ACCEPTED, AND NO MANAGEMENT EMPLOYEE IS AUTHORIZED TO ACCEPT A CASH PAYMENT UNDER ANY CIRCUMSTANCES. RESIDENT MAY NOT RELY ON ANY STATEMENT MADE TO HIM BY A MANAGEMENT RESPRESENTATIVE THAT CASH WILL BE ACCEPTED.

All rent shall be paid by personal check, cashier's check, or money order. Management shall have the right to establish or provide for payment by credit card, debit card, electronic funds transfer, online payment portal, or designated online payment system and software, but Resident does not have the right to make payments by these means unless specifically authorized by Management. Management shall have the right to designate the specific manner or form of payment that will be accepted, and no other form of payment shall be acceptable than those specified by Management. Checks and money orders shall be made payable to the order of the business entity specified in Par. 3. Third party checks (those which are made payable to someone other than Management) and partial payments are not allowed. All other damages, utilities, fees, or charges owed by Resident and due under this lease are considered to be additional rent.

The amount of rent specified in Par. 3 is the amount due each month unless Management has given the Resident a rental concession or discount from the rent, either in the Special Stipulations to this lease or in a separate addendum. If there are rental concessions granted, the Resident will or may lose them if in default or breach of this lease and will be obligated to pay the full amount of rent specified in Par. 3. If in default or breach of the lease, the Resident may have to repay the rental concessions under certain specified conditions.

Changes in Affordable Housing Resident's Rent Based on the Utility Allowance. Resident agrees that the rent for an affordable housing resident or apartment is based on the maximum gross rent calculated in accordance with IRS regulations, less the applicable utility allowance. The utility allowance for an LIHTC or affordable housing apartment may change during the lease term. If the utility allowance decreases during the lease term, management may, at its sole discretion, increase the rent by the amount of the utility allowance decrease. Any such rent increase will be made in accordance with all applicable state and local laws. Management will notify resident in writing at least 30 days in advance of any such increase.

Changes in Resident's Rent Based on HUD Area Median Gross Income. Resident agrees that the Rent is based on the area median gross income (AMGI) published by the Federal Department of Housing and Urban Development for this geographic area. If the AMGI increases during the lease term, owner may, at its sole discretion, increase the rent to the maximum allowable amount based on the new AMGI. Any such rent increase will be made in accordance with all applicable state and local laws. Owner will notify resident in writing at least 30 days in advance of such increase.

4.     Late Payments and Checks with Insufficient Funds.   Time is of the essence. After close of business on the last day of the grace period specified in Par. 4, late fees shall be due in the amount specified.

Resident shall pay Management an insufficient funds check service for each returned or NSF check, plus an additional fee equal to the fee charged to Management by the bank. If no box is checked in Par. 4 that specifies the amount of the service fee, then the insufficient funds service fee is five per cent (5%) of the face amount of the check, plus the fee charged by the bank. At Management's option, all late rent, NSF checks, and future rents due after an

Copyright © 10/2015 - Atlanta Apartment Association, Inc. - Form # 1301-AF
All Rights Reserved                                                    **013020161796702**

NSF check must be paid by money order or certified funds from a bank. The parties agree that bank service, NSF, and late fees are reasonable compensation for delay, administrative costs, and time in collecting past due rent, are not penalties, and that such costs are difficult to estimate accurately.

5. Lease Fees & Security Deposit. Resident must pay the amounts specified in Par. 5 for re-keying locks, any non-refundable lease fees, or security deposits. A re-keying lock fee is due for each lock that must be re-keyed if all keys are not returned. The non-refundable lease fee is not a security deposit, is not refundable, and does not reduce Resident's liability for unpaid rent, damages exceeding normal wear and tear, or other charges that come due under the lease. Any security deposit will be refunded as provided by law but may be applied to any charges due under this lease. The deposit will either be protected by a surety bond on file with the Clerk of Superior Court or deposited in the bank specified in Par. 5. Interest earned on such deposits belongs to Management.

Management shall have the right to apply any security deposit held to money or a debt owed by the Resident to Management. Management is not restricted to or limited in how the security deposit is applied if money is owed, and the deposit may applied to rent, damages exceeding normal wear and tear, unpaid utilities, or any other fee, charge, or debt owed by Resident. Management may apply a pet or animal deposit to unpaid rent or damages exceeding normal wear and tear that were not caused by a pet or animal.

Resident shall have no right to use or designate a security deposit as payment of rent or other fees and charges which are due, as provided by O.C.G.A. 44-7-33(b). Resident agrees to cooperate with Management in scheduling and performing Move-In and Move-Out Inspections and noting any existing damages or objecting to Management's list of damages exceeding normal wear and tear.

6. Renewal Term and Notice of Non-Renewal to End the Lease.

If this rental contract is for an affordable housing apartment, then the lease will not renew on a month-to-month basis and will end on the last day of the lease term stated in Paragraph 1 above unless the resident completes and qualifies through the annual re-certification process and signs a renewal to this lease.

If this rental contract is for a market rate apartment, then either party may non-renew and terminate this lease at the end of the initial term by giving a written non-renewal notice prior to the end of the initial lease term. If such non-renewal notice is not given, then this lease will be extended as provided in Par. 6 on a either a Month-to-Month basis (one month at a time) until either party gives a proper 30 day notice; or on a Bi-Monthly basis (two months at a time) until either party gives a proper 60 day notice in writing that terminates the lease. Unless otherwise allowed by Landlord, the lease shall terminate at the end of a calendar month.

Management shall have the right to increase the rent due in any extension or renewal term by giving written notice at least 15 days prior to the date on which a non-renewal notice must be given in order to end the initial term or any subsequent renewal or extension period.

If not specified in Par. 6, then a 30 day written notice is required to end the initial term or any renewal or extension period as of the end of a calendar month.

Management employees are not authorized to accept a verbal notice of non-renewal or termination from the Resident, and the Resident has no right to rely on a Management employee's statement that a verbal notice is acceptable. Resident's non-renewal or termination notice must be in writing, dated, signed, and specify the move-out date. Resident should confirm Management's receipt of the notice with the authorized signature of a Management representative using Management's notice of intent to vacate form. Resident should keep a signed receipt of the non-renewal notice for his personal records in case of any dispute as to whether such notice was given and received. If Resident does not obtain a signed receipt of such notice from Management, or if Management does not have a signed original non-renewal notice from Resident, then it will be presumed that Resident failed to give a proper written notice.

Management shall have the right to non-renew the rental contract of any market rate resident, either with or without just cause. Management shall not have the right to non-renew the rental contract of an affordable housing resident without just cause.

7. Resident's Early Termination Option.

If this lease is for an affordable housing apartment, resident acknowledges and agrees that the minimum original lease term for occupancy under an LIHTC program and other affordable housing programs is six (6) months. Notwithstanding anything to the contrary which is contained in this rental contract or any other addenda which allows the resident the option of an early lease termination, an LIHTC or affordable housing resident shall not have the right to terminate the lease prior to the expiration of six (6) months from the starting date of the lease term stated in Paragraph 1. An LIHTC or affordable housing resident who wishes to terminate the lease early after occupying the apartment for six (6) months may give notice of early termination as provided for a market rate apartment below prior to the expiration of six (6) months, but the early termination may not take effect until six (6) months after occupying the apartment under the lease or renewal lease term. The apartment cannot be used for transient purposes, and an affordable housing resident must occupy the apartment for the first six (6) months of this rental contract. If eligible to terminate early, an LIHTC or affordable housing resident must do each of the same things required by a market rate resident in order to complete the early termination requirements.

Resident can end all liability for rent under this lease (but not liability for damages exceeding normal wear and tear or liability for unpaid utilities and services) and vacate before the end of the initial lease term stated in Par. 7 only by doing all of the following things required in this paragraph. If all of the following conditions are not performed, then the lease remains in effect for the full term, and Resident shall be liable for breach of the rental agreement as provided in Paragraph 26. If Resident skips, abandons, or is evicted from the apartment without complying with this paragraph, then Resident is in default and responsible for rent and liquidated damages (if applicable) as provided under paragraph 26, any other fees or charges due, and all damages and cleaning fees in excess of normal wear and tear. Management employees are not authorized to make a verbal statement that waives the notice and termination fees, and the Resident has no right to rely on a Management employee's statement that Resident will not have to pay such fees or comply with this provision in order to terminate the lease early. Any waiver of the notice or fees required under this provision must be in writing, dated, and signed by all parties. Resident's election to use or not use this provision is purely voluntary.

To end the lease early, Resident MUST do EACH of the following: 1) pay all monies currently due; 2) give written notice in the amount specified in Par. 7 of intent to vacate prior to the first day of the month and to take effect as of the last day of a calendar month; 3) pay all rent due through the notice period preceding the early termination date; 4) pay an additional early termination or lease cancellation fee equal to one month's rent as liquidated damages; vacate the leased premises on or before the specified termination date, remove all occupants and possessions, and physically hand the keys to a Management representative; and 5) abandon, waive, and release a claim to the return of any security deposit, which shall become Management's.

If the length of the Early Termination notice is not specified in Par. 7 on the first page, then a 30 day written notice is required. Resident can move-out earlier than the termination date following the notice period in Par. 7, but Resident must turn in all keys, remove all occupants and personal property, pay all rent due through the required non-renewal notice period, pay the one-month termination or lease cancellation fee, and comply with all other requirements. Keys must be physically handed to a representative of Management and may not be left in the apartment or a night rent drop box.

If Resident elects to exercise his or her right to Early Termination, Resident is not entitled to a refund of any rent, notice or termination fees, or security deposit, even if the apartment is re-let to a new Resident prior to the end of the notice period. Resident's election to exercise this early termination option either by giving proper notice and paying all sums due or by giving proper notice and signing an agreement to terminate early and pay the sums due at a later date are binding and shall not be reduced or set-off by any money or rent Management receives from re-letting the apartment to a new or subsequent Resident.

Copyright © 10/2015 - Atlanta Apartment Association, Inc. - Form # 1301-AF
All Rights Reserved

Military Transfers and Lease Terminations. A Resident (including a Resident's spouse) who is a service member on active duty or is called to active duty in the regular or reserve component of the U.S. Armed Forces, U.S. Coast Guard, or National Guard, shall have the right to end this Apartment Rental Contract early by giving a 30 day written notice, paying all rent due through the notice date, and providing a copy of the official military orders or written verification signed by the service member's commanding officer or by providing base housing orders as provided in O.C.G.A. Section 44-7-22, if the service member is:

1. Ordered to federal duty for a period of 90 days or longer;
2. Receives a permanent change of station orders to move at least 35 miles away from the rental housing;
3. Is released from active duty after leasing housing and must move 35 miles or more away from the service member's home of record prior to entering active duty;
4. After entering into this rental agreement, the service member becomes eligible to live in government quarters or the failure to move to government quarters will result in a forfeiture of the service member's basic allowance for housing;
5. Receives temporary duty orders or temporary change of station orders or state active duty orders for a period exceeding 60 days that is at least 35 miles away from the location of the rental housing; or
6. Receives orders after signing the lease but before taking possession of the rental housing.

8. No Assignment/Subletting. Resident may not sublet or assign the lease.

9. Disclosure Notice of Owner or Managing Agent and Equal Housing Opportunity Policy.

The name and address of company or party authorized to manage the apartment community for the owner is specified in Par. 9. The name and address of the owner or owner's registered agent who is authorized to receive notices and lawsuits against the Landlord is specified in Par. 9. Lawsuits filed against the owner or Management must be filed and served as provided by law or as contractually agreed to by Resident.

The Corporate Broker's Name of the Licensed Managing Agent and Broker's license number as required by the rules of the Georgia Real Estate Commission (Ga.R. & Reg. 520-1-.10) is specified in Par. 9.

Equal Housing Opportunity Policy. The apartment owner and Management provide equal housing opportunity for qualified applicants and do not discriminate on the basis of race, color, religion, sex, national origin, familial status, disability, or any other legally recognized status in the State of Georgia. It is the owner's and Management's policy to provide reasonable accommodations in the apartment community's operational policies and procedures and to permit the Resident to make reasonable modifications that are necessary for the Resident and related to the disability for persons with a demonstrated disability. The Resident must request and obtain permission from the owner or management for any accommodation or modification prior to implementing the same. In general, the cost or expense of physical modifications to the apartment or apartment community is the responsibility of the Resident, unless the applicable law requires the owner or Management to absorb or be responsible for the cost of such modifications. A Resident or occupant with a demonstrated disability is allowed to have an assistance animal to assist with the person's disability. A disabled Resident or occupant is allowed to have an assistance animal which has not been trained as a service animal unless the animal has a history of dangerous, vicious, or unsafe behavior. If the nature of the disability is not obvious or apparent or the manner in which the animal will provide assistance is not clear, Management has the right to request additional information regarding how the animal will assist with the resident's disability. The Resident does not have an absolute right to the specific accommodation or modification requested, and Management has the right to offer an substitute or alternate accommodation or modification with conditions that will provide adequate assurance for the safety, health, and well being of other Residents, occupants, social guests, invitees, and Management employees. No Additional Rent, Non-refundable Fee, or Animal Security Deposit is required from Residents or occupants who are disabled and have an approved service or assistance animal; however, the Resident is responsible for any and all damages and cleaning fees exceeding normal wear and tear caused by such animal.

10. Utilities Are Resident's Responsibility. Resident is responsible for payment of all natural gas, electricity, water and sewer, telephone, cable, satellite or other utilities and services to the apartment unless specified otherwise in Paragraph 34 or in a utility addendum which is made a part of this lease. Resident gives Management the right to select any utility provider and change the same without notice. Resident shall promptly establish all utility and service accounts to be paid by Resident in his name at the start of the lease and shall not allow water and sewer, electricity, or natural gas to be shut off or billed to Management. Resident shall promptly pay any billing for utilities or other services charged to Management upon notification. Resident's failure to pay all utility services or to establish an account with a utility provider is a material breach of the lease for which Management has the right to terminate the right of occupancy or lease.

    ** Important Disclosure Regarding Management's Right to Select the Natural Gas Marketer (Provider). Resident (the Tenant) authorizes Management (the Landlord) to act as Resident's agent for the limited purpose of selecting the Resident's natural gas marketer, to authorize the natural gas marketer to obtain credit information on the Resident, if required by the marketer, and to enroll the Resident on the marketer's standard variable price plan for which the Resident is eligible, unless the Resident chooses another price plan for which he or she is eligible. Resident acknowledges that Management may have a business relationship with the natural gas marketer that may provide for a financial or other benefit to Management in exchange for the Resident's enrollment with the Marketer.

11. Fire and Other Casualty. This lease will end if the apartment is uninhabitable due to fire as long as the fire was not caused by or the responsibility of Resident or Resident's occupants, family, or social guests. If Resident or his occupants, family, or social guests were responsible for the fire and the premises are uninhabitable, then Resident must vacate the apartment and will still remain liable for the rent and damages.

Management shall have the right to terminate the occupancy or lease of Resident if Resident or Resident's occupants, family, social guests, or invitees caused or were responsible for causing a fire to the apartment or any portion of the apartment community. Resident has no right to transfer to another apartment in the community or to remain in the apartment community if Resident or Resident's occupants, family, social guests, or invitees were responsible for or caused the fire. Resident may be eligible for transfer to another apartment in the apartment community if the Resident is qualified, there is a suitable apartment available, and Resident or Resident's occupants, family, social guests, and invitees did not cause the fire.

Resident is responsible for the cost of repair, replacement cost, and all expenses required to repair or replace the equipment, building, or property damaged by a fire which Resident or Resident's occupants, family, social guests, or invitees caused. Resident is liable to and shall indemnify, defend and hold harmless Management and the owner for any damages or repairs caused by a fire which was caused by Resident or Resident's occupants, family, social guests, and invitees.

This lease shall end if the premises are destroyed or otherwise rendered uninhabitable due to an Act of God or any other catastrophic event or casualty that was not the responsibility of Resident or Resident's occupants, family, social guests, or invitees.

The Resident shall not continue to occupy an apartment which is rendered uninhabitable due to fire, Act of God, or other catastrophic casualty and must remove all personal property and return possession to Management.

12. Hold Over/Trespass. Resident must promptly vacate the apartment and deliver possession and all keys to Management upon any termination or non-renewal of this lease. Keys must be physically handed to a representative of Management and may not be left in the apartment or in the overnight rent drop box at the Management office. The apartment must be delivered to Management in clean condition and good repair.

Copyright © 10/2015 - Atlanta Apartment Association, Inc. - Form # 1301-AF
All Rights Reserved

If Resident does not vacate the premises and return possession to Management after termination, non-renewal, or expiration of the lease, then Resident shall pay to Management rent at two (2) times the current rental rate for each day held over past the termination date.

After termination, non-renewal, or expiration of the lease, Resident is a tenant at sufferance.

After vacating the premises based on non-renewal, termination, eviction, or upon receiving a criminal trespass notice under O.C.G.A. § 16-7-21 from Management, Resident shall not return to any portion of the apartment community. Resident shall not permit entry of any person as his social guest or invitee if notified that his guest's or visitor's presence in the apartment community is subject to criminal trespass under O.C.G.A. § 16-7-21. Management may terminate the lease or right of possession of any Resident who allows an unauthorized person access to his apartment or the community in violation of this provision or paragraph 14. Management's rights under this paragraph shall continue and survive independently beyond expiration or termination of the lease or Resident's right of occupancy of the apartment.

13. Right of Access. Management may enter the apartment without notice during reasonable hours to inspect, maintain, and repair the premises. Management may enter the apartment at any time without notice to prevent injury or damage to persons or property. Resident authorizes Management to show the apartment to prospective Residents once Resident has given or received a notice of non-renewal or termination.

14. Resident's Use of the Apartment and Conduct. Resident shall use the apartment and apartment community only for residential purposes and not for business or commercial purposes.

Resident, all occupants, and Resident's family, social guests, and invitees must comply with all laws. No portion of the apartment or apartment community shall be used by Resident or Resident's occupants, family, social guests, or invitees for any disorderly, disruptive, abusive, or unlawful purpose, nor shall they be used so as to disrupt the quiet enjoyment of any other Resident or their occupants, family, and social guests. Resident and Resident's occupants, family, social guests, and invitees shall not commit any crime in the apartment community.

Resident is liable for the conduct of and for any damages exceeding normal wear and tear caused by his family, occupants, social guests, and invitees. Resident shall not allow his occupants, family, social guests, and invitees to commit a crime or violation of the lease and addenda and must take affirmative, corrective action and notify Management of any such violation or misconduct.

The sale, manufacture, distribution, or possession of any illegal drugs in the apartment community is prohibited.

Resident must maintain the apartment in a clean and sanitary condition and must not cause or allow any damages exceeding normal wear and tear or infestation of vermin, insects, rodents, or other pests. Noxious or offensive smells are not permitted, and Resident shall be liable for damages exceeding normal wear and tear for the repair or replacement of any carpet, flooring, ceiling, or walls that are permeated with noxious or offensive odors, water, or mold. Resident shall not leave or dispose of trash, garbage, or other materials in hallways, breezeways, patios, balconies, or common areas of any portion of the apartment building or community. Resident shall promptly take trash, garbage, or refuse to the proper dumpster, compactor, or trash collection area and properly dispose of organic and inorganic material as provided by law and as provided by the community rules.

Resident and Resident's occupants, family, social guests, and invitees shall abide by and follow all community rules and regulations.

Management shall have the right to prohibit smoking of cigarettes, pipes, cigars, or tobacco inside the apartment or any portion of the apartment community property under its community rules and regulations. Smoking of tobacco products in the apartment is prohibited unless expressly authorized and allowed by the community rules and regulations.

Resident shall operate all motor vehicles in a safe and lawful manner in the apartment community. Resident shall not violate any parking rules and regulations and shall not exceed 15 mph in any parking lot, street, exit, or entrance of the apartment community. Resident must park only in authorized spaces and places and shall not park at any place that obstructs traffic, is unsafe, or is prohibited. Resident shall not operate, park, or store, any illegal, unauthorized, or uninsured motor vehicle or equipment on any portion of the apartment community. Resident shall not abandon a motor vehicle in the apartment community.

Resident shall not store, keep, or dispose of any substance or material on any portion of the apartment community that is hazardous to the health, safety, or welfare of any person. Resident shall not dispose of any batteries, chemicals, environmentally hazardous, or unsafe material in any trash receptacle, dumpster, compactor, or any portion of the apartment community.

Resident, and Resident's occupants, family, social guests and invitees, shall act and communicate with the apartment owner, Management, Management employees, Residents, business social guests of Management, and all other persons in a lawful, courteous, and reasonable manner. Any form of verbally or physically abusive, intimidating, or aggressive behavior directed at the apartment owner, Management, Management employees, or any other person is prohibited. Resident, his social guests and occupants shall not interfere with the daily business operations of the apartment community or job duties of Management or its employees. When notified by Management, Resident shall be prohibited from entering or contacting any Management or corporate office or employee and must conduct all further communications in writing.

Resident shall not distribute petitions, flyers, or solicitation notices to other Residents in any manner other than through lawful use of the United States mail. Resident is prohibited from committing business libel or slander or making untruthful, unfair, or misleading statements to others about the apartment owner, Management, Management employees, or the apartment community.

Resident shall not commit waste to the apartment or apartment community and shall not commit any act nor fail to take any action that would endanger the life, health, safety, welfare or property of any other person in the apartment community. Resident must allow Management and vendors access to the apartment for the purpose of making repairs, performing service or maintenance, inspecting, and taking all other action related to the ongoing business operation of the apartment community.

Resident shall not cause or allow an infestation of bed bugs in the apartment. Resident shall not bring abandoned or discarded furniture, clothing, bedding, or other personal property into the apartment as it could introduce an infestation of pests and bed bugs.

Resident and Resident's occupants, family, social guests, and invitees shall not damage any portion of the apartment or apartment community. Resident and Resident's occupants, family, social guests, and invitees shall not touch, damage, or trigger any automatic sprinkler head.

Resident and occupants shall not use the internet or cyberspace in any manner to disparage, defame, or injure the business or business reputation of the apartment owner or Management. Resident and occupants shall not use, misuse, or appropriate the use of the owner's or Management's corporate names, logos, slogans, images, photos, internet domain names, service marks, trademarks, copyrights, or trade names. Resident and occupants shall not publish, misuse, or use any photos or video of Management employees or the apartment community or signage. Owner and Management shall be entitled to injunctive relief and damages for compensation to prevent any unauthorized publication, use or misuse, whether in part or in whole, of the corporate name, trade name, internet domain name, likeness or identity of owner or Management. Resident and occupants shall not make, post, or publish misleading, deceptive, untruthful, groundless, false, or unfair statements or commentary about the apartment community, the Management employees, the owner, or Management on or to any internet website or domain, internet blog, internet social media, newspaper, magazine, television, radio, or other news or social media. Resident is prohibited from making, publishing, stating, or posting any statement or communication that, while partially true, lacks or fails to disclose other material facts in such a way such as to mislead the listener, viewer, or reader. Management shall be entitled to terminate the right of occupancy or lease of any Resident or occupant who violates any portion of this Use and Conduct provision.

Copyright © 10/2015 - Atlanta Apartment Association, Inc. - Form # 1301-AF
All Rights Reserved                                   **013020161796705**          Page 5 of 10

Resident and Resident's occupants, family, social guests, and invitees shall not store, use, or discharge any fireworks or consumer fireworks in the apartment or apartment community. Fireworks are defined as any combustible or explosive composition or any substance or combination of substances or article prepared for the purpose of producing a visible or audible effect by combustion, explosion, deflagration, detonation, including but not limited to, blank cartridges, firecrackers, torpedoes, skyrockets, bombs, sparklers, roman candles and other combustibles and explosives of like construction.

Violation of this Resident's Use and Conduct provision is a material breach of this lease and constitutes a ground for terminating Resident's lease or right of possession, and Resident will be liable for any rent due through the remainder of the lease or liquidated damages (if applicable) as provided in Paragraph 26.

15. **Property Loss, Insurance, and Crime.** Management and the apartment owner shall not be liable for damage, theft, vandalism, or other loss of any kind to Resident's or his occupant's personal property, unless such is due to Management's negligence or intentional misconduct. Management and the apartment owner shall not be liable to Resident for crimes, injuries, loss, or damage due to criminal acts of other parties.

Resident must purchase a renter's insurance policy that provides liability insurance for negligent or accidental acts and omissions for which the Resident may be liable in causing injury or damage to the owner, Management, or others.

Resident should purchase property insurance for loss of or damage to Resident's own personal property. Management is not liable for any loss or damages to Resident's personal property due to theft, vandalism, bursting or leaking pipes, fire, windstorm, hail, flooding, rain, lightening, tornadoes, hurricanes, water leakage, snow, ice, running water, or overflow of water or sewage. Management shall not be liable for any injury or damage caused by such occurrences, and Resident agrees to look solely to his insurance carrier for reimbursement of his losses for such events.

Management does not market, advertise, represent, offer, or provide security or law enforcement services which will prevent crime or protect Resident or Resident's personal property. Management and the owner do not represent or guarantee that the Resident is safe from crime in the neighborhood or from crime in the apartment or apartment community. Resident agrees to look solely to public law enforcement, emergency services, or fire services for police, emergency, fire , security, or protection services.

Resident acknowledges that he or she has an obligation to exercise due care for his or her own safety and welfare at all times and that Management is not liable to Resident for the criminal acts of other persons. Resident agrees that he or she will not and cannot rely on the existence or absence of security equipment or personnel as a representation of safety from crime and understands that he or she must be vigilant and exercise caution for their personal safety at all times. Resident waives and releases the apartment owner and Management for any liability, injury, loss, or damages related to crimes committed by other persons against Resident or related to allegations that the owner or Management were negligent or failed to provide security or protection to prevent crime.

16. **Lead Based Paint Notification** (LBPN). If this apartment community was built prior to 1978, the LBPN addendum is incorporated by reference.

17. **Flood Disclosure.** Management states that the apartment has not been damaged in any manner by flooding as defined in O.C.G.A. § 44-7-20 in 3 of the last 5 years unless noted otherwise in Par. 17.

18. **Pets.** No animals or pets of any kind are permitted without a Pet, Service, or Assistive Animal Addendum. Management may enter the apartment at any time and remove any pet or animal which Management believes to be neglected, distressed, or endangered. Resident shall be liable for all costs of retrieving, caring for, and boarding of any pet or animal that is abandoned by Resident or removed by Management. Resident releases Management from liability of any kind when Management acts to retrieve or protect Resident's pets and animals which appear to be neglected, distressed, or endangered. Please see Par. 9 with respect to Management's policy on service, assistive and convenience animals for person with disabilities.

19. **Indemnification.** Resident agrees to indemnify, defend, and hold harmless the apartment owner and Management for any loss the apartment owner or Management incur due to Resident's breach of this agreement or due to the acts and omissions of Resident and Resident's occupants, family, social guests, or invitees.

20. **Failure to Act.** Management has the right to insist on strict compliance with the terms of this lease at any time, even if it has previously delayed acting on Resident's breach of this lease. Management shall have sole discretion in granting and withholding permission or consent for Resident to perform his or her obligations under this lease in any manner that varies from the contractual requirements. Management at its option may condition, modify, or revoke any such permission or consent upon reasonable written notice and insist upon strict compliance with the lease terms.

21. **Fees and Expenses of Litigation.** In a civil action or dispossessory proceeding for breach of this lease, the prevailing party shall be entitled to attorney's fees in the amount of fifteen percent (15%) of the principal and interest owing and all expenses of litigation, including, but not limited to, court costs and administrative filing fees for evictions. All sums due from Resident to Managment which are in default shall bear interest at the rate of twelve percent (12%) per annum.

22. **Notices.** All notices must be written, dated, and signed. The notice must be given personally or by certified mail, return receipt requested. Notice shall be sent to Resident at the apartment and to Management at the apartment community business office. See Par. 9 with regard to the proper address for service of lawsuits.

Resident shall send notices for repairs, service, maintenance, non-renewal, military transfers, and lease termination to the Management/leasing office located at the apartment community.

Resident shall provide Management with Resident's updated contact and address information and forwarding address at anytime requested during the lease and at the time of vacating the apartment. Resident shall provide Management with: the address of his or her new residence (where they are living); the mailing address for returning any security deposit or forwarding any notices or move-out inspection and estimate of damages and cleaning fees that exceed normal wear and tear; the name, address, and phone number of their employer; the name, address, and phone number of a person or family member who can provide updated contact information; the Resident's cell phone and e-mails. If Resident fails to provide his or her contact information and address at the time of vacating; conceals or attempts to conceal his or her address and location; moves from the State of Georgia; or cannot be located by Management, then the statute of limitation for collecting any account or money owed by Resident shall be tolled until such time as Resident provides proper notification of his address and other contact information requested.

RESIDENT'S NOTICE OF NON-RENEWAL UNDER PARAGRAPH 6 OR NOTICE OF INTENT TO VACATE AND TERMINATE THE LEASE EARLY UNDER PARAGRAPH 7 MUST BE IN WRITING AND MUST BE GIVEN SO THAT THE ENDING DATE IS ON THE LAST DAY OF A CALENDAR MONTH. VERBAL NOTICES ARE NOT EFFECTIVE AND MAY NOT BE RELIED UPON BY RESIDENT UNDER ANY CIRCUMSTANCES. MILITARY SERVICE MEMBERS MAY GIVE A NOTICE TO TERMINATE AS PROVIDED IN PAR. 7 AT ANY TIME OF THE MONTH. NO MANAGEMENT EMPLOYEE IS AUTHORIZED TO VERBALLY OR UNILATERALLY WAIVE ANY NOTICE REQUIREMENT, AND RESIDENT MAY NOT RELY ON A VERBAL STATEMENT OF MANAGEMENT THAT PROPER WRITTEN NOTICE IS NOT NECESSARY. MANAGEMENT MAY, BUT IS NOT REQUIRED TO, WAIVE THE REQUIREMENT THAT NOTICES BE EFFECTIVE ONLY AS OF THE END OF A CALENDAR MONTH.

23. **Repairs.** Resident accepts the apartment "as is" and in habitable condition suited for residential purposes. Resident accepts full control and responsibility of the apartment leased premises and agrees to maintain the apartment in a clean, safe, and sanitary condition. Management will make repairs to the apartment with reasonable promptness upon receipt of written notice from Resident. Management's repair obligations under Georgia

Copyright © 10/2015 - Atlanta Apartment Association, Inc. - Form # 1301-AF
All Rights Reserved

landlord/tenant law only pertain to the apartment, and not to the common areas of the apartment community. Resident agrees and acknowledges that he or she only leased the apartment and that Resident's and Resident's occupants, family, and social guests access to amenities and common areas of the apartment community are only a permissive license to use such amenities and common areas.

Resident shall pay as additional rent for any cleaning or damages exceeding normal wear and tear to the premises caused by Resident or caused by Resident's occupants, family, social guests, invitees or licensees of the Resident and occupants that exceed normal wear and tear. Resident and Resident's occupants, family, social guests, and invitees shall not damage any portion of the leased premises or apartment community, and Resident is responsible for the cost to repair, replacement cost, and all expenses required to repair or replace the equipment, building, or property damaged. Resident is liable to and shall indemnify, defend, and hold harmless Management and the apartment owner for any damages or repairs caused by Resident or Resident's occupants, family, social guests, and invitees. Resident shall promptly pay as additional rent with the next month's rent the costs of any repairs, replacement, or damages caused by Resident or Resident's occupants, family, social guests, or invitees upon issuance of an invoice from Management.

Resident may not alter the interior or exterior structure of the apartment or apartment community in any manner without the express written consent of Management. Please see Par. 9 with regard to Management's policy on disability modification requests.

Resident must promptly report the need for any repairs to Management in writing before Management is obligated to make any repairs. Resident must promptly report any dampness, water leaks, or mold in the apartment to Management. Resident shall properly use the heating, ventilation, and air conditioning (HVAC) system to maintain temperate conditions so as to prevent freezing of water pipes in cold weather and to prevent mold growth or excessive humidity during warm weather. Resident is required to use air conditioning during June, July, August, and September and shall not turn off the air conditioning and open windows for purposes of cooling the apartment. Resident must inspect any fire alarm and fire extinguisher at least once per month to determine whether they are in proper working condition and report to Management the need for any need for repair or replacement. Resident shall promptly notify Management of any damage to or malfunction of any door or window locks or intrusion alarm.

Resident must promptly report any evidence, knowledge, or suspected presence of bed bugs in the apartment and cooperate with Management to allow inspection and treatment of the same. Adjoining or neighboring Residents to an apartment infested with bed bugs must cooperate with Management in inspection and treatment to prevent a possible cross infestation or migration.

24. Abandonment. Resident shall not abandon the apartment, Resident's personal property, or motor vehicles. Title to any abandoned property (including, but not limited to, pets or animals) shall vest in Management. Management may store, sell, or dispose of abandoned property without notice.

If Resident abandons the apartment or his or her personal property contained therein, Management shall have the right to re-key, re-enter, and re-let the apartment without filing a dispossessory warrant or obtaining a writ of possession. Management is not required to file a dispossessory proceeding in order to recover an abandoned apartment or to dispose of any abandoned property found in an abandoned apartment. Management shall have sole discretion in determining whether the Resident has abandoned the apartment. Circumstances indicative of an abandonment include, but are not limited to, Resident's unexplained absence or failure to occupy the apartment; the overall appearance and condition of the apartment; Resident's statement that he or she is moving or leaving the apartment community; failure to pay rent or utilities; discontinuance of utility service; failure to respond to Management's notices, communications, or eviction proceedings; or removal of a substantial amount of Resident's personal property.

25. Attornment, Sale, Foreclosure, Renovation, and Former Employees. Resident's rights, or, if applicable, his employment with Management, are subordinate to any deed to secure debt, sale, or contract for sale of the property.

In the event the apartment community or any portion or building of the community is foreclosed, sold, placed under contract to be sold, or scheduled for substantial renovation, rehabilitation, or demolition, either Management or the new owner shall have the right to terminate the lease on 30 days' written notice. In the event that Management elects to terminate the occupancy or lease under this provision, then during the 30 day period immediately preceding either the termination date of Resident's occupancy or the termination of the lease, the Resident's rent shall be reduced by fifty percent (50%); however, if the Resident shall hold over beyond the termination date, then Resident shall owe the full rent due for said 30 day notice period plus hold over rent as provided in paragraph 12.

If Resident is an employee of Management and his or her employment is terminated, then this employee lease shall also terminate, any employee rental discounts shall end, and the employee agrees to vacate the premises if requested. If permitted to stay, the former employee shall pay the current market rate rent as specified by Management at the time employment is terminated.

26. Default by Resident. Resident's violation of this lease or any addenda constitutes a default. Violations constituting a default include, but are not limited to: unauthorized occupants; non-payment of rent; improper non-renewal or termination of the lease as required by paragraphs 6 or 7; abandonment of the apartment as prohibited in paragraph 24; providing false or misleading information in the rental application; failure to pay or continue utility service as required in paragraph 10; allowing unauthorized persons access in violation of paragraph 12; any unauthorized occupants or improper use or conduct in violation of paragraph 14; or causing damages or cleaning in excess of normal wear and tear.

Upon default, Management may terminate Resident's lease or right of possession by giving written notice and re-entering the apartment as provided by law. Notice to cure a default is not required but, if given, shall not waive Management's right to terminate or insist on strict compliance. Resident shall surrender possession of the premises to Management promptly on the effective date of any termination notice, remove all possessions and persons occupying the apartment, return all keys to Management by personally handing them to a Management representative, and restore Management to quiet possession of the leased premises.

Notwithstanding Management's termination due to Resident's default, Resident shall remain liable for all rent, hold-over rent under paragraph 12, liquidated damages (if applicable) as provided below, unpaid utilities, rental concession, lost discounts or pay-backs, damages exceeding normal wear and tear, costs of eviction, attorney's fees and expenses of re-letting incurred by Management as a result of Resident's default.

Management, at its option, may obtain possession of the apartment through a dispossessory proceeding, either with or without first terminating the lease or right of possession. Management, at its option, may also recover possession of an abandoned apartment without filing a dispossessory proceeding by changing the locks and disposing of any abandoned property.

Notwithstanding termination of the lease, commencement of a dispossessory proceeding, issuance of a writ of possession, actual physical eviction, or recovery of the abandoned premises, Resident shall remain liable for all rent accrued through the date on which possession is obtained by Management; rent through the remainder of the lease term or liquidated damages (if applicable) as provided in this paragraph; damages exceeding normal wear and tear; unpaid utilities; rental concession, lost discounts or pay-backs; costs fees, and expenses. Neither issuance of a writ of possession, actual physical eviction, or retaking possession of the apartment shall relieve Resident of liability for rent through the end of the lease term or liquidated damages (if applicable) under this paragraph. All rent, fees, damages and liquidated damages (if applicable) shall be due immediately upon demand for payment.

In the event of a default by Resident, the Resident shall be liable to Management for rent through the remainder of the lease term as follows. Management may either allow the apartment to remain vacant and hold Resident liable for payment of rent through the remaining term of the lease; sue the Resident for breach of the lease and for each installment of rent as it comes due through expiration of the lease; or re-enter the premises as provided by law and re-let the apartment on Resident's behalf while holding the Resident liable for any deficiency between the contract rent and rent received through the remaining term of the lease until the re-letting. Management has the right, but not the obligation, to attempt to re-let the premises on Resident's behalf.

Copyright © 10/2015 - Atlanta Apartment Association, Inc. - Form # 1301-AF
All Rights Reserved

013020161796707

In the event that Resident has breached or defaulted the lease and failed to terminate the lease properly as provided by law or as provided for in Paragraphs 6 or 7 of this Apartment Rental Contract, then Resident shall be liable to Management for unpaid rent due through the remainder of the lease term under this paragraph (Par. 26), and not as provided in Paragraph 7, and Management is not entitled to collect any termination (cancellation) fee or notice fee.

Liquidated Damages In Lieu of Rent Through the Remainder of the Lease Term. Management shall not be entitled to Liquidated damages unless the Liquidated Damages Addendum has been signed by Management and Resident to indicate that the parties desire to use liquidated damages in determining the amount of rent due through the remainder of the lease term in the event of Resident's default. In the event the parties have selected liquidated damages for determining Resident's liability due to Resident's breach, then the Liquidated Damages Addendum is incorporated herein by reference, and the parties shall execute the same as a separate addendum.

Management's re-entry to leased premises either under judicial process or by retaking possession after abandonment or surrender shall not relieve Resident of liability for payment of rent through the remainder of the lease term or liquidated damages (if applicable) that landlord is entitled to collect under the terms of this rental agreement.

Management shall have the right to terminate the lease or right of possession of any Resident or occupant of the apartment who is arrested, indicted, charged, or convicted of any felony, crime of violence, or threatened violence; robbery; theft; dishonesty; rape; child molestation; sexual offense; illegal sale, use, or possession of drugs; illegal use or possession of a weapon; stalking; arson; criminal damage to property; vandalism; issuance of bad checks; fraud; forgery; or any other crime which could adversely affect the health, safety, or welfare of other Residents or Management staff, regardless of whether the offense occurred on or off the apartment community premises and regardless of when the offense occurred. Management shall have the right to file a dispossessory action and obtain a writ of possession based on the Resident's or occupant's conduct which constitutes a criminal violation without waiting for a criminal adjudication, finding, or decision on the criminal charges.

Management shall have the right to terminate the lease of any Resident whose apartment is found to be infested with bed bugs; have a mold or water intrusion problem; be unfit for habitation; or constitute a hazard to health, safety, or welfare of any person, the apartment, the apartment community or management employees. Upon such termination, resident must promptly vacate, remove all personal property and possessions, and return possession of the apartment to Management.

Violation of Affordable Housing Eligibility Provisions. Management shall have the right to terminate the lease or right of occupancy of any resident who is in violation of the eligibility requirements of the applicable LIHTC or affordable housing program or is in violation of the affordable housing provisions of paragraph 33 or any other paragraph of this rental contract or addenda.

Violation of Section 8 Housing Choice Voucher Provisions. Management shall have the right to terminate the lease or right of possession of any Section 8 Housing Choice Voucher resident for serious or repeated violation of material terms of the lese or any material non-compliance or other good cause as provided in the U.S. Department of Housing and Urban Development (HUD) Public Housing Occupancy Guidebook and pursuant to 24 CFR 966.4. A serious or material violation or breach of this rental contract includes, but is not limited to, failure to make rent payments due under the lease; failure to fulfill household obligations as described in 24 CFR 966.4(f); conviction of drug-related activity for manufacture or production of illegal drugs; violation of the applicable standard of alcohol abuse; and other criminal activity. The following are also serious and material violations under a Section 8 Housing Choice Voucher lease: drug-related activity engaged-in either on or off the premises by a resident, member of the resident's household, or other person under the resident's control; resident's or a member of resident's household use of a drug or a pattern of illegal drug use that interferes with the health, safety, or right to peaceful enjoyment of the premises by other residents; alcohol abuse or a pattern of alcohol abuse that threatens the health, safety, or right to peaceful enjoyment of the premises by other residents; furnishing false or misleading information concerning illegal drug use, alcohol abuse, or rehabilitation of illegal drug or alcohol abusers; unlawful flight to avoid prosecution, custody, or confinement for a felony (or, where applicable, a high misdemeanor); violation of a condition of probation or parole imposed under federal or state law; or engagement in criminal activity, regardless of whether the resident or household member was arrested or convicted for such activity and without having to satisfy the standard of proof for a criminal conviction.

27. Privacy, Disclosure, and Consent. Resident agrees that information about him or her that is known to Management or contained in his or her Resident file is not confidential, privileged or private. Resident authorizes Management to disclose any information known or contained in the Resident file to any law enforcement agencies who request such information either with or without a subpoena; to prospective landlords or lenders who request such information in connection with approval of any rental application or home purchase; or to persons or parties who make a request for such information using discovery procedures in a civil action or subpoena in a criminal proceeding.

Resident agrees that the apartment owner and Management shall have the right to provide information from its account and business records to any Consumer Reporting Agency to be included in the Resident's consumer file and credit history, including, but not limited to, rental history, rental payments, unpaid balances, and other information. If the Resident disputes the accuracy of the information provided, the Resident shall notify the Consumer Reporting Agency and send written notice of the dispute to Management at the address specified in Par. 9. When giving notice to Management of any dispute as to the accuracy of adverse rental information, rental payments, disputed account balance, or other disputed information, Resident agrees to provide his or her correct names on the lease, the apartment number, complete apartment address, dates of occupancy, and clear details as to the basis of such dispute that the Consumer Reporting Agency and Management will have sufficient information to investigate, evaluate and respond to the dispute.

Resident agrees that Management shall have the right to pursue collection of any sums alleged due from Resident through employment of independent contractors as collectors and that such sums may be reported to any consumer reporting agency (credit bureau) and shown on Resident's credit report. Resident agrees that variances or inaccuracies in the amounts submitted for collection or reported to any credit bureaus do not constitute a violation of any federal or state laws pertaining to reporting or collection of such debts and that the amount alleged due may be amended or corrected at any time. Resident agrees that Management or any such collector or collection agency is expressly authorized to contact Resident by phone or mail to notify Resident of the debt or attempt collection of the same and to communicate with third parties regarding the existence of the debt, the location of the Resident, or the Resident's ability to pay the debt. Resident agrees that Management or any such collector is expressly authorized to obtain a consumer report (credit report) on Resident and to obtain information on Resident's location and employment in connection with the collection of any amounts claimed due under this lease. Management's and collector's rights under this paragraph shall continue and survive independently beyond expiration or termination of the lease or Resident's occupancy of the apartment.

Resident(s), their occupants, family members, and social guests herby authorize and grant Management, their contractor(s), employee(s), and or any third parties hired by Management, permission to take, use, and publish photographs and/or videos of Resident(s), their occupants and social guests, including but not limited to, their minor children, at events and/or activities in the common areas of the apartment community. Management is permitted to use such photographs or video for print, publication, copyright, online social media and video-based marketing materials, as well as any other form of publication or use at Management's sole discretion. Resident(s), their occupants and social guests, including their minor children, release and hold harmless Management from any reasonable expectation of privacy or confidentiality associated with the images and videos taken and used by Management. Resident(s) and their occupants, family members, and social guests acknowledge and agree they will not receive any type of financial compensation, ownership or royalties with the taking, use, marketing, or publication of any photographs or videos.

Copyright © 10/2015 - Atlanta Apartment Association, Inc. - Form # 1301-AF
All Rights Reserved

28. Definitions. The term "Resident" includes all tenants or other persons who signed or are obligated under the lease. "His" shall also mean "her" when applicable. "Resident" refers to the tenant. The term "Management" may refer to the owner of the apartment community or to the managing agent who is under a Management contract to operate the apartment community on behalf of the owner. The legal ownership entity is different from the Management entity. The owner's managing agent may or may not have any ownership interest in the apartment community and may be an entirely independent contractor which operates the apartment community for the owner for a fee. "Occupants" are persons who are living in the apartment rental with the Resident and disclosed in the lease but have not signed the lease. The term "occupants" means persons who did not sign the lease but were disclosed and authorized to live in the apartment on a full time basis. Occupants could include family members of the Resident, but is not limited to family members, and includes roommates or other persons who are authorized to live in the apartment as disclosed in this lease. "NSF" means checks that are dishonored or returned by the bank unpaid, and is also referred to as "not sufficient funds." "Skip" means to vacate or abandon the leased premises in violation of this lease, either with or without turning in all keys and either with or without removing all personal property. "Notice period" refers to the length of time required in paragraph 6 or 7 or any other provision before a notice can take effect. The word "lease" means the Apartment Rental Contract which creates the relationship of landlord and tenant between the Resident and Management. "Leased premises" refers to the apartment Resident rented, and is also referred to as the "premises" or "lease premises," but does not include any of the common areas or other portions of the apartment community property. The term "leased premises" does not include any portions of the apartment community outside of the apartment rental unit as the Resident only has a permissive license to use the other areas and amenities of the apartment community in conjunction with the rental of the apartment. "Termination date" is the date following a notice period or the date on which Resident's lease or right of possession terminates as specified either in a non-renewal notice or a lease termination notice from Management based on Resident's default. A "social guest" is any person who is present in the Resident's apartment or on the apartment community property by express or implied invitation of the Resident or Resident's occupants, other social guests, or family members and includes anyone temporarily living or visiting Resident. The term "social guest" includes, but is not limited to, visitors and family members visiting or present in the apartment or apartment community. An "invitee" refers to a business guest or visitor who is present in the apartment or the apartment community with the express or implied invitation of the Resident for the purpose of conducting or soliciting business with or for the Resident, occupants, or social guests of the Resident. The "trade name" is the name of the apartment community and is the name or alias under which the legal owner of record does business and operates the apartment community. A "default" or "breach" of the lease and addenda means a violation of the lease provisions and gives Management the right to terminate the Resident's occupancy or lease. "GREC" means the Georgia Real Estate Commission.

29. Usufruct. This lease only creates the relationship of landlord (Management) and tenant (Resident) and does not create any ownership or transferable rights in real estate. This lease is a "usufruct," and not an estate for years.

30. Entire Agreement. This lease, any referenced addenda, and any addenda separately signed or referring to the lease or apartment shall constitute the entire agreement between the parties, and no prior negotiations, representations, or oral statements are binding. This lease may not be modified except with the express written consent of Management. The Resident is legally obligated under the terms and conditions of any addenda which he or she signed, and the same are part of and incorporated by reference into this lease.

31. Joint and Several Liability. Each person, corporation, or roommate who signs this lease or any guarantor under a separate guarantor's agreement is jointly and severally liable for all rent or other charges which come due. Management may look to any Resident or guarantor for payment of all or a part of any obligation due without first suing or attempting to collect from any other responsible party. Management and the owner or any collection agency or attorney representing the owner or Management shall have the right to settle in whole or part all or a portion of any debt owed by one Resident without releasing or waiving its claim for the balance of the debt against another Resident, co-signor, or guarantor. Settlement or release of one Resident or Guarantor shall not release the other Resident or Guarantor from liability for the debt owed.

32. Agency Disclosure. Management is acting on behalf of the owner of the apartment community in exchange for compensation.

33. Conditions of Participation in Affordable Housing. Accuracy of Information Required. Resident understands and agrees that any false, fraudulent, inaccurate, concealed, omitted, or misleading information provided during either the initial certification process or during the annual renewal or re-certification process is a material violation of the rental contract, conditions of occupancy, and participation in the applicable affordable housing program. A material violation of the terms of this provision; providing false, inaccurate, or misleading information on the Tenant Income Certification forms, the rental application, any of the verification documentation required in order to qualify for eligibility in the applicable affordable housing program; or any material violation of the community rules or other applicable addenda is grounds for immediate termination of resident's lease, right of occupancy, or participation in the affordable housing program at this apartment community. All applicants, providers of income and certification information and documents, residents, and household occupants must fully, accurately, and truthfully disclose the names and ages of all household members, student status, combined total household income, and all combined household assets.

Resident understands and agrees that if the combined family household income or household assets exceed the maximum limits imposed under the applicable affordable housing program that the application must be denied; that the rental contract or right of occupancy must be terminated; that the resident must relocate to another apartment which may be subject to increased market rate or non-LIHTC rent; or that the resident must cooperate in correcting mistakes or signing any requested documentation that management deems reasonable or necessary for continued compliance with the laws and regulations applicable to the particular affordable housing program. Resident acknowledges and agrees that the rental application and any information supplied to management or any misrepresentations, omissions, or concealment of information made to induce management to lease an apartment for occupancy under an LIHTC or affordable housing program are incorporated herein constitutes a substantial and material part of this rental contract.

Future Requests for Information. Within seven (7) days of management's request, resident agrees to cooperate in providing information regarding annual income and household assets for continued eligibility in the affordable housing program, including, but not limited to, requests by management of the apartment community or applicable state housing agency or federal governing authority, even if the resident has previously supplied such information recently or within the last twelve (12) months. Such requests for additional or supplemental verification and compliance information may be made by management or the owner at any time during the rental contract term or renewal term.

Resident's refusal to answer or provide accurate information in response to requests for supplemental or additional information is a substantial and material violation of the rental contract, and resident can be evicted for material non-compliance. Resident's failure to comply with any request for supplemental or additional information regarding income, household assets, or other qualifying information may result in termination of this rental contract, resident's right of occupancy, or resident's eligibility to participate in the affordable housing program without the necessity or requirement of further requests or warnings for the consequences of resident's refusal to provide the requested information and providing it accurately.

Student Status. Resident represents that he or she has fully, accurately, and truthfully disclosed whether he, she, or any occupant of the household is a student and acknowledges that eligibility for occupancy is dependent on whether or not resident and all occupants of the household are students during any part of the year. Resident agrees to notify management promptly of any changes in the occupants residing in the household or if there are any changes in the student status of any resident or occupant of the household occupying the apartment, including, but not limited to, replacement residents or occupants; starting or stopping school or college; increasing from part-time to full-time student status; or reduction from full-time to part-time student status. This provision is applicable to any household resident's or occupant's educational level in either high school, college, or other post-secondary school or educational training. The failure to disclose a change of educational or student status is a substantial and material violation of this rental contract, and

Copyright © 10/2015 - Atlanta Apartment Association, Inc. - Form # 1301-AF
All Rights Reserved

resident can be evicted or relocated to another apartment for material breach of this lease. The failure to disclose any change in student or educational status of any resident or occupant of the household may result in termination of the resident's rental contract, right of occupancy, or eligibility to participate in the affordable housing program without the requirement or necessity of any further request or warning of the consequences of resident's refusal to cooperate in fully, accurately, and truthfully providing the necessary or requested educational information. Resident agrees to relocate, if requested, to another apartment designated as a market rate apartment in the same or a different building and that management may increase the rent to market rate rent if resident is ineligible for continued participation in the affordable housing program because of a change in student or educational status.

Section 8 or Housing Choice Voucher Program. Resident acknowledges and agrees that even though he or she may be a participant in the Section 8 federal housing program or the holder of a voucher or certificate of eligibility in that federal program that participation in that program does not automatically qualify him or her for occupancy in an LIHTC or other affordable housing apartment. The maximum allowable income and household assets limits for eligibility and occupancy of an LIHTC apartment may be lower than the maximum allowable income and household asset limits for the Section 8 Housing Choice Voucher Program and may result in disqualification of the applicant or resident for housing at this apartment community, depending on the nature and requirements of the applicable affordable housing program. Any such Section 8 Housing Choice Voucher applicant or resident agrees that his or her occupancy must be approved by the Public Housing Authority under a Housing Assistance Program agreement and that other terms and conditions applicable to the Section 8 Housing Choice Program.

Cooperation with Management to Take Corrective Action. Resident agrees to cooperate with owner in taking any corrective action management or the owner deems necessary or desirable with respect to any mistake or act that could result in loss of tax credits or other violations of applicable federal or state law or violation of applicable rules, regulations, interpretive guidances, or compliance directives from any state or federal housing agency with administrative or oversight jurisdiction to administer affordable housing programs. Such required corrective action includes, but is not limited to, re-locating to another apartment; loss of eligibility for LIHTC capped rent to market rate rent; signing or re-signing missing, supplemental or corrective documents; or or producing documentation to establish or supplement household income, assets, size, or student status. Resident agrees that upon discovering any overpayment of rent, utility allowance, or other charges, owner shall have the right to either rebate the overpayment or apply a credit to future rent for such overpayments as an appropriate corrective action.

Recertification. Resident acknowledges that the LIHTC Program and other affordable housing programs require an annual recertification of eligibility. Resident must cooperate with owner in completing the recertification process. When requested, resident shall attend an interview with management to determine continued program eligibility; provide sources and documentation to verify all income, assets, and other eligibility information; and sign a new Tenant Income Certification form. It is the resident's responsibility to provide all necessary information so that management may perform recertification. Continued occupancy is conditioned upon continued eligibility under the federal LIHTC Program and other affordable housing requirements. The resident's next annual recertification must be completed by the date specified in owner's notice. Management will contact the resident prior to recertification date in order to begin processing the necessary paperwork. The resident must fully cooperate and provide all necessary information to expedite this process. Failure to comply with recertification requirements is a substantial and material breach of the terms of this rental contract and may result in non-renewal or termination of the resident's lease or right of occupancy or the resident's eviction from the unit.

Increase in Household Income. A household of any LIHTC or affordable housing resident will be considered "over income" for rent determination purposes if the combined household exceeds one hundred forty percent (140%) of the applicable income limit as governed by the LIHTC Program. If the household's income increases above one hundred forty percent (140%) of the applicable income limit, management, upon 30 days notice, may increase the household's rent to the applicable market rate. This provision shall apply only if the building contains mixed LIHTC and non-LIHTC units. If applicable, management shall also have the right to relocate the LIHTC resident to a non-LIHTC apartment at market rate or otherwise designate the current apartment a market rate unit.

No Unauthorized Residents. Resident agrees not to permit individuals other than those listed on the rental application or Tenant Income Certification (TIC) form to occupy or reside in the apartment without first obtaining owner's prior written approval. No person may occupy or live in an LIHTC apartment or affordable housing who is not expressly authorized by owner. Corporate rentals of LIHTC apartments is not permitted, and the apartment may not be used for transient purposes of any kind. Only the individuals or persons who are eligible and approved f or occupancy may occupy the apartment and must sign the rental contract if they are over the age of majority.

Live-In Aide Approval. Resident shall not permit any live-in aide to reside in the apartment without the prior written approval of management. A live-in aide for the resident's household will not be approved unless: the resident verifies to the management that a member of the resident's household requires the services of a live-in aide; the resident properly verifies to the management that the person providing live-in aide services is essential to the care and well-being of the household member and would not be living in the unit except to provide the support services; and the resident and live-in aide have signed an agreement with management approving the proposed live-in aide.

Cooperation with Management. If management elects to transfer resident to another unit, resident agrees to cooperate with management by providing information, completing documentation, and/or participating in interviews. Transfer Contingent on Resident's Cooperation. If resident fails to cooperate with management after management grants resident's transfer request, management may rescind its approval and deny the request.

Savings Provision. The parties acknowledge that compliance with the LIHTC and other affordable housing programs is complex and can result in conflicts between the contractual provisions of this addendum, the federal and state laws and regulations governing those programs, and many other aspects of compliance. To the extent any provision in this addendum conflicts with the requirements of the LIHTC or other affordable housing program, this addendum shall be interpreted and construed in harmony with the provisions of Internal Revenue Code and regulations and other provisions of any applicable affordable housing program so as to carry out the effect and intent of such laws and regulations and to prevent a forfeiture or loss of tax credit status. In the event any court determines that any provisions of this addendum are found to be unenforceable, the undersigned parties agree that the court shall interpret the parties' rights and obligations in a manner such as to uphold the validity and preservation of the managements' tax credit status or participation in such affordable housing program, even if it requires termination of the resident's lease or occupancy in order to insure continued compliance with such programs. If required by a state housing agency under a land use restriction agreement or as a condition for participation in any affordable housing program or if otherwise required by any other state or federal law applicable to such affordable housing programs, management agrees that non-renewal of LIHTC or affordable housing leases shall be for good cause.

34. Know Your Neighbors. Certain individuals convicted of certain sex-related crimes are required to register their name and current address on an index maintained by the state or county in which they reside. You may access that index in order to determine whether any such individuals live in proximity to a certain location. The public may access the internet to view all sex offenders registered in Georgia. The Statewide Sex Offender Register can be obtained through the Internet at http://gbi.georgia.gov/georgia-sex-offender-registry. The public may also contact the local Sheriff to to view a list of the sex offenders listed in their county.

35. Special Stipulations. Any special stipulations specified in Par. 35 shall control and supersede and control over conflicting provisions in the text of this lease.

Copyright © 10/2015 - Atlanta Apartment Association, Inc. - Form # 1301-AF
All Rights Reserved





 USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

1
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 05/04/15 - 06/02/15 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 397.16 | 43 | 2,594.44 | 10 | 2,527.77 | .00 | 330.49 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 203.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

DEPOSIT@MOBILE WAS DESIGNED FOR USAA MEMBERS ON THE GO.
NEED TO MAKE A DEPOSIT, CONSIDER DEPOSIT@MOBILE. FOR DETAILS
AND ELIGIBILITY VISIT USAA.COM (KEYWORD: DEPOSIT@MOBILE).

```
   DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
05/12          60.00 USAA FUNDS TRANSFER CR
05/20          55.60 ACH CREDIT          052115
                     DFEC TREAS 310   MISC PAY **********1549
05/26          40.00 USAA FUNDS TRANSFER CR
05/28       1,925.14 ACH CREDIT          052915
                     DFEC TREAS 310   MISC PAY **********1549
05/29          80.00 USAA FUNDS TRANSFER CR
06/01          40.00 USAA FUNDS TRANSFER CR
06/01         106.00 DEBIT CARD REFUND
06/01         106.00 DEBIT CARD REFUND
06/01         107.53 DEBIT CARD REFUND
06/02           7.50 ATM SURCHARGE REBATE

   CHECKS
DATE..CHECK NO..........AMOUNT   DATE..CHECK NO..........AMOUNT
05/11 995047           100.00

   OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
05/05          11.95 DEBIT CARD PURCHASE     050415
                     NEW CHINA RESTA         LITHONIA    GA
05/05          12.38 POS DEBIT               050515
                     PUBLIX SUPER MA         LITHONIA    GA
05/05          23.59 POS DEBIT               050515
                     PUBLIX SUPER MA         LITHONIA    GA
```

 FDIC INSURED

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- · Tell us your name and account number (if any).
- · Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- · Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

**(1) BALANCE THIS STATEMENT
(SHOWN ON FRONT PAGE)**           $ _____

**(2) ADD DEPOSITS NOT SHOWN ON
THIS STATEMENT (IF ANY)**           + _____

**(3) SUBTOTAL**           $ _____

**(4) SUBTRACT TOTAL OF CHECKS
OUTSTANDING (IF ANY)**           - _____

**(5) ADJUSTED BANK BALANCE**           $ _____

### YOUR BALANCE

**(6) CHECK REGISTER BALANCE**           $ _____

**(7) ADD CREDITS WHICH APPEAR
ON THIS STATEMENT THAT HAVE
NOT BEEN RECORDED IN YOUR
REGISTER (IF ANY)**           + _____ *

**(8) ADD INTEREST CREDITED TO
YOUR ACCOUNT (IF ANY)**           + _____ *

**(9) SUBTRACT OTHER CHARGES
(IF ANY)**           - _____ *

**(10) ADJUSTED CHECK REGISTER
BALANCE**           $ _____
* Be sure to record in your check register.

**Line 5 and Line 10 should now agree. If not, check the following items in your register:**

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS: All transactions are subject to the USAA Federal Savings Bank Depository Agreement.**

126405-0714
BM1BCK


USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

1
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 05/04/15 - 06/02/15 |

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION

| | | | |
|---|---|---|---|
| 05/05 | 5.00 | ACH DEBIT | 050515 |
| | | PAYPAL | INST XFER  **********INGS |
| 05/05 | 50.00 | ACH DEBIT | 050515 |
| | | CAPITAL ONE CARD ONLINE PMT **********8POS |
| 05/06 | 0.29 | DEBIT CARD PURCHASE | 050615 |
| | | Amazon Digital | AMZN.COM/billWA |
| 05/06 | 79.05 | POS DEBIT | 050615 |
| | | FOOD DEPOT #543590 PANOLALITHONIA   GA |
| 05/06 | 8.00 | ACH DEBIT | 050615 |
| | | PAYPAL | INST XFER  **********INGS |
| 05/07 | 29.23 | POS DEBIT | 050715 |
| | | PUBLIX SUPER MA | LITHONIA   GA |
| 05/11 | 14.36 | POS DEBIT | 050915 |
| | | PUBLIX SUPER MA | LITHONIA   GA |
| 05/11 | 22.50 | ATM DB NONLOCAL | 051015 |
| | | 3045 PANOLA ROAD | LITHONIA   GA |
| 05/11 | 5.00 | ACH DEBIT | 051115 |
| | | PAYPAL | INST XFER  **********INGS |
| 05/11 | 6.00 | ACH DEBIT | 051115 |
| | | PAYPAL | INST XFER  **********INGS |
| 05/13 | 7.99 | DEBIT CARD PURCHASE | 051315 |
| | | NETFLIX.COM | NETFLIX.COM  CA |
| 05/13 | 10.00 | DEBIT CARD PURCHASE | 051215 |
| | | FANDUEL INC | 415-237-2774 NY |
| 05/14 | 5.34 | DEBIT CARD PURCHASE | 051415 |
| | | Amazon.com | AMZN.COM/BILLWA |
| 05/15 | 21.79 | POS DEBIT | 051515 |
| | | PUBLIX SUPER MA | LITHONIA   GA |
| 05/18 | 6.64 | POS DEBIT | 051815 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA   GA |
| 05/18 | 15.09 | POS DEBIT | 051615 |
| | | PUBLIX SUPER MA | LITHONIA   GA |
| 05/21 | 10.00 | DEBIT CARD PURCHASE | 052015 |
| | | PAYPAL *DRAFTKI | 4029357733   CA |
| 05/21 | 25.74 | POS DEBIT | 052115 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA   GA |
| 05/22 | 10.60 | DEBIT CARD PURCHASE | 052115 |
| | | NEW CHINA RESTA | LITHONIA   GA |


FDIC
INSURED

105846-0814_06
BMFR1A

USAA FEDERAL SAVINGS BANK

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

1
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 05/04/15 - 06/02/15 |

OTHER DEBITS

```
DATE.........AMOUNT.TRANSACTION DESCRIPTION
05/22        12.54 DEBIT CARD PURCHASE    052215
                   BASICTALK              BASICTALK.COMNJ
05/22        15.99 ACH DEBIT              052215
                   PAYPAL        INST XFER **********ATES
05/26        22.50 ATM DB NONLOCAL        052515
                   3045 PANOLA ROAD        LITHONIA    GA
05/28       100.00 DEBIT CARD PURCHASE    052815
                   FSI*GAPOWER  LO        866-702-1864 GA
05/28       102.50 ATM DB NONLOCAL        052815
                   3045 PANOLA ROAD        LITHONIA    GA
05/28       120.98 POS DEBIT              052815
                   WAL-MART #13405401 FAIRINLITHONIA    GA
05/28       150.00 USAA FUNDS TRANSFER DB
05/28       789.99 POS DEBIT              052815
                   WAL-MART #13405401 FAIRINLITHONIA    GA
05/28       100.00 ACH DEBIT              052815
                   USAA.COM PAYMNT  P&C      **********0557
05/29       155.41 DEBIT CARD PURCHASE    052915
                   COMCAST ATLANTA        800-266-2278 GA
05/29         6.00 ACH DEBIT              052915
                   PAYPAL        INST XFER **********INGS
05/29        13.95 ACH DEBIT              052915
                   PAYPAL        INST XFER **********SALE
05/29        50.00 ACH DEBIT              052915
                   CAPITAL ONE CARD ONLINE PMT **********8POS
06/01        25.97 DEBIT CARD PURCHASE    053015
                   AMAZON MKTPLACE         AMZN.COM/BILLWA
06/01        92.00 USAA FUNDS TRANSFER DB
06/01       106.00 DEBIT CARD PURCHASE    052915
                   TARGET     0          ALPHARETTA    GA
06/01       106.00 DEBIT CARD PURCHASE    052915
                   TARGET     0          ALPHARETTA    GA
06/01       107.53 DEBIT CARD PURCHASE    052915
                   TARGET     0          ALPHARETTA    GA
06/01        10.00 ACH DEBIT              060115
                   PAYPAL        INST XFER **********INGS
06/02        26.54 POS DEBIT              060215
                   PUBLIX SUPER M3045 PANOLALITHONIA    GA
```

FDIC INSURED

105846-0814_06
BMFR1A

USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

1
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 05/04/15 - 06/02/15 |

ACCOUNT BALANCE SUMMARY

| DATE..........BALANCE | DATE..........BALANCE |
|---|---|
| 05/04          397.16 | 05/18           22.96 |
| 05/05          294.24 | 05/20           78.56 |
| 05/06          206.90 | 05/21           42.82 |
| 05/07          177.67 | 05/22            3.69 |
| 05/11           29.81 | 05/26           21.19 |
| 05/12           89.81 | 05/28          582.86 |
| 05/13           71.82 | 05/29          437.50 |
| 05/14           66.48 | 06/01          349.53 |
| 05/15           44.69 | 06/02          330.49 |

FDIC
INSURED

105846-0814_06
BMFR1A



Check:   995047          Amount:100.00

 

 USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
8304 CAVALIER XING
LITHONIA GA  30058

1
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 06/02/15 - 07/02/15 |

| BALANCE LAST STATEMENT | NO. OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 330.49 | 43 | 2,521.90 | 9 | 2,310.87 | .00 | 119.46 |

Please examine immediately and report if incorrect  If no report is received within 80 days, the account will be considered correct

|  | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 203.00 | 0.00 |

Note  Fee reversals/refunds made by USAA will not reduce the totals on this chart

DEPOSIT@MOBILE WAS DESIGNED FOR USAA MEMBERS ON THE GO.
NEED TO MAKE A DEPOSIT, CONSIDER DEPOSIT@MOBILE. FOR DETAILS
AND ELIGIBILITY VISIT USAA.COM (KEYWORD: DEPOSIT@MOBILE).

```
    DEPOSITS AND OTHER CREDITS
    DATE.........AMOUNT.TRANSACTION DESCRIPTION
    06/09      250.00 USAA FUNDS TRANSFER CR
    06/15       30.00 USAA FUNDS TRANSFER CR
    06/18       55.60 ACH CREDIT          061815
                      DFEC TREAS 310    MISC PAY **********1549
    06/19       20.00 USAA FUNDS TRANSFER CR
    06/22       25.00 USAA FUNDS TRANSFER CR
    06/25    1,925.14 ACH CREDIT          062615
                      DFEC TREAS 310    MISC PAY **********1549
    07/01        0.05 ACH CREDIT          070115
                      WC-GA LOTTERY     CARD TRF   **********59M2
    07/01        0.08 ACH CREDIT          070115
                      WC-GA LOTTERY     CARD TRF   **********59M1
    07/02        5.00 ATM SURCHARGE REBATE

    CHECKS
    DATE..CHECK NO..........AMOUNT   DATE..CHECK NO..........AMOUNT
    06/05  995049          100.00

    OTHER DEBITS
    DATE.........AMOUNT.TRANSACTION DESCRIPTION
    06/05       10.00 ACH DEBIT           060515
                      PAYPAL        INST XFER  **********INGS
    06/08        4.00 DEBIT CARD PURCHASE  060515
                      LAZ PARKING 575       ATLANTA     GA
    06/08       16.33 POS DEBIT           060815
                      PUBLIX SUPER M3045 PANOLALITHONIA  GA
```

FDIC
INSURED

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers. Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not
been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

## BANK BALANCE

**(1) BALANCE THIS STATEMENT
(SHOWN ON FRONT PAGE)**         $ _____

**(2) ADD DEPOSITS NOT SHOWN ON
THIS STATEMENT (IF ANY)**        + _____

**(3) SUBTOTAL**                  $ _____

**(4) SUBTRACT TOTAL OF CHECKS
OUTSTANDING (IF ANY)**           - _____

**(5) ADJUSTED BANK BALANCE**     $ _____

## YOUR BALANCE

**(6) CHECK REGISTER BALANCE**    $ _____

**(7) ADD CREDITS WHICH APPEAR
ON THIS STATEMENT THAT HAVE
NOT BEEN RECORDED IN YOUR
REGISTER (IF ANY)**              + _____ *

**(8) ADD INTEREST CREDITED TO
YOUR ACCOUNT (IF ANY)**          + _____ *

**(9) SUBTRACT OTHER CHARGES
(IF ANY)**                       - _____ *

**(10) ADJUSTED CHECK REGISTER
BALANCE**                        $ _____
\* Be sure to record in your check register.

Line 5 and Line 10 should now agree. If not, check the following items in your register:

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS: All transactions are subject to the USAA Federal Savings Bank Depository Agreement.**

126405-0714
BM1BCK



USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
8304 CAVALIER XING
LITHONIA GA  30058

1
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 06/02/15 - 07/02/15 |

OTHER DEBITS

DATE.........AMOUNT.TRANSACTION DESCRIPTION

| | | |
|---|---|---|
| 06/08 | 28.83 | POS DEBIT              060615 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA    GA |
| 06/08 | 21.23 | ACH DEBIT             060815 |
| | | PAYPAL       INST XFER **********COM |
| 06/09 | 20.00 | ATM DB NONLOCAL       060915 |
| | | ATLANTA POSTAL         DECATUR      GA |
| 06/10 | 1.50 | DEBIT CARD PURCHASE   060915 |
| | | SOUTH SATELLITE        NASHVILLE    TN |
| 06/10 | 28.52 | POS DEBIT             061015 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA    GA |
| 06/10 | 265.50 | DEBIT CARD PURCHASE   060915 |
| | | DEKALB CO - SOU        DECATUR      GA |
| 06/11 | 10.00 | ACH DEBIT             061115 |
| | | PAYPAL       INST XFER **********INGS |
| 06/12 | 23.79 | POS DEBIT             061215 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA    GA |
| 06/15 | 7.99 | DEBIT CARD PURCHASE   061315 |
| | | NETFLIX.COM            NETFLIX.COM  CA |
| 06/15 | 22.50 | ATM DB NONLOCAL       061415 |
| | | 3045 PANOLA ROAD       LITHONIA     GA |
| 06/16 | 13.36 | POS DEBIT             061615 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA    GA |
| 06/17 | 10.00 | ACH DEBIT             061715 |
| | | PAYPAL       INST XFER **********INGS |
| 06/18 | 11.95 | DEBIT CARD PURCHASE   061715 |
| | | NEW CHINA RESTA        LITHONIA     GA |
| 06/18 | 32.62 | POS DEBIT             061815 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA    GA |
| 06/19 | 25.13 | POS DEBIT             061915 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA    GA |
| 06/22 | 12.54 | DEBIT CARD PURCHASE   062215 |
| | | BASICTALK              BASICTALK.COMNJ |
| 06/22 | 13.21 | POS DEBIT             062115 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA    GA |
| 06/22 | 5.00 | ACH DEBIT             062215 |
| | | PAYPAL       INST XFER **********INGS |
| 06/24 | 7.90 | POS DEBIT             062415 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA    GA |


FDIC
INSURED

105846-0814_06
BMFR1A


USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

1
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 06/02/15 - 07/02/15 |

OTHER DEBITS

```
DATE..........AMOUNT.TRANSACTION DESCRIPTION
06/24          9.30 DEBIT CARD PURCHASE    062315
                    J & J FISH & CH        DECATUR    GA
06/25         51.84 POS DEBIT             062515
                    PUBLIX SUPER M3045 PANOLALITHONIA    GA
06/25         62.50 ATM DB NONLOCAL       062515
                    3045 PANOLA ROAD        LITHONIA    GA
06/25        100.00 DEBIT CARD PURCHASE    062515
                    FSI*GAPOWER  LO        866-702-1864 GA
06/25        150.00 USAA FUNDS TRANSFER DB
06/25        789.99 POS DEBIT             062515
                    WAL-MART #13405401 FAIRINLITHONIA    GA
06/25         10.00 ACH DEBIT             062515
                    PAYPAL          INST XFER **********  INC
06/25         75.00 ACH DEBIT             062515
                    USAA.COM PAY INT P&C   **********0557
06/26         20.87 DEBIT CARD PURCHASE    062615
                    Amazon.com             AMZN.COM/BILLWA
06/26         42.52 DEBIT CARD PURCHASE    062615
                    AMAZON MKTPLACE        AMZN.COM/BILLWA
06/26        161.74 DEBIT CARD PURCHASE    062615
                    COMCAST ATLANTA        800-266-2278 GA
06/26        100.00 ACH DEBIT             062615
                    MERRICK BANK COR ONLINEPYMT **********1205
06/29          9.99 DEBIT CARD PURCHASE    062615
                    Amazon Video On        866-216-1072 WA
06/29         31.19 POS DEBIT             062815
                    PUBLIX SUPER M3045 PANOLALITHONIA    GA
06/29         38.72 DEBIT CARD PURCHASE    062615
                    WAL-MART #1340          LITHONIA    GA
06/29        119.03 DEBIT CARD PURCHASE    062615
                    285 FARMER'S MA        DECATUR    GA
06/29          7.98 ACH DEBIT             062915
                    PAYPAL          INST XFER **********EYAP
06/29         10.00 ACH DEBIT             062915
                    PAYPAL          INST XFER **********  INC
06/30          6.00 DEBIT CARD PURCHASE    062915
                    LAZ PARKING 575        ATLANTA    GA
```


FDIC
INSURED

105846-0814_06
BMFR1A


USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

1
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 06/02/15 - 07/02/15 |

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
07/01        33.33 POS DEBIT          070115
                   PUBLIX SUPER M3045 PANOLALITHONIA     GA

ACCOUNT BALANCE SUMMARY
       DATE.........BALANCE   DATE.........BALANCE
       06/02        330.49    06/18         37.97
       06/05        220.49    06/19         32.84
       06/08        150.10    06/22         27.09
       06/09        380.10    06/24          9.89
       06/10         84.58    06/25        695.70
       06/11         74.58    06/26        370.57
       06/12         50.79    06/29        153.66
       06/15         50.30    06/30        147.66
       06/16         36.94    07/01        114.46
       06/17         26.94    07/02        119.46

FDIC
INSURED



Account: 412091408606318      $100.00

Please Direct Any Questions To
Online Bill Payment Processing Center

USAA FEDERAL SAVINGS BANK     0000995049

June 02, 2015

For ONE HUNDRED AND 00/100

DOLLARS

$ *******100.00

TO    MERRICK BANK
THE    PO BOX 660702
ORDER   DALLAS, TX 75266-0702
OF

Void After 180 DAYS.
Signature On File
This check has been authorized
by your depositor

⑈995049⑈ ⑆311074269⑆ 0144436708⑈

Check:     995049          Amount:100.00





USAA FEDERAL SAVINGS BANK

CALVIN W SCOTT
8304 CAVALIER XING
LITHONIA GA  30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 07/02/15 - 08/04/15 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 119.46 | 38 | 2,117.27 | 8 | 2,165.76 | .00 | 167.95 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 58.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 261.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

DEPOSIT@MOBILE WAS DESIGNED FOR USAA MEMBERS ON THE GO.
NEED TO MAKE A DEPOSIT, CONSIDER DEPOSIT@MOBILE. FOR DETAILS
AND ELIGIBILITY VISIT USAA.COM (KEYWORD: DEPOSIT@MOBILE).

```
     DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
07/08          55.60 ACH CREDIT            070915
                     DFEC TREAS 310    MISC PAY **********1549
07/10          40.00 USAA FUNDS TRANSFER CR
07/17          20.00 USAA FUNDS TRANSFER CR
07/20          20.00 USAA FUNDS TRANSFER CR
07/23       1,925.14 ACH CREDIT            072415
                     DFEC TREAS 310    MISC PAY **********1549
07/24         100.00 USAA FUNDS TRANSFER CR
07/24           0.02 DEBIT CARD REFUND     072415
                     AMAZON MKTPLACE         AMZN.COM/BILLWA
08/04           5.00 ATM SURCHARGE REBATE

     OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
07/03          10.00 ACH DEBIT             070315
                     PAYPAL        INST XFER ********** INC
07/06          19.50 POS DEBIT             070415
                     CARRIBEAN FARMER'S MAR402DECATUR     GA
07/06          27.20 POS DEBIT             070415
                     PUBLIX SUPER M3045 PANOLALITHONIA    GA
07/07          10.00 ACH DEBIT             070715
                     PAYPAL        INST XFER ********** INC
07/09          10.56 POS DEBIT             070915
                     WAL-MART #13405401 FAIRINLITHONIA    GA
07/10          18.05 DEBIT CARD PURCHASE   070915
                     NEW CHINA RESTA        LITHONIA      GA
```

$\times 13 = 25,028,$

$12 \times 178$

$\$27,628$

FDIC INSURED

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

## BANK BALANCE

(1) BALANCE THIS STATEMENT (SHOWN ON FRONT PAGE)     $ _____

(2) ADD DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)     + _____

(3) SUBTOTAL     $ _____

(4) SUBTRACT TOTAL OF CHECKS OUTSTANDING (IF ANY)     - _____

(5) ADJUSTED BANK BALANCE     $ _____

## YOUR BALANCE

(6) CHECK REGISTER BALANCE     $ _____

(7) ADD CREDITS WHICH APPEAR ON THIS STATEMENT THAT HAVE NOT BEEN RECORDED IN YOUR REGISTER (IF ANY)     + _____ *

(8) ADD INTEREST CREDITED TO YOUR ACCOUNT (IF ANY)     + _____ *

(9) SUBTRACT OTHER CHARGES (IF ANY)     - _____ *

(10) ADJUSTED CHECK REGISTER BALANCE     $ _____
* Be sure to record in your check register.

Line 5 and Line 10 should now agree. If not, check the following items in your register:

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS: All transactions are subject to the USAA Federal Savings Bank Depository Agreement.**

126405-0714
BM1BCK



USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 07/02/15 - 08/04/15 |

OTHER DEBITS

```
DATE.........AMOUNT.TRANSACTION DESCRIPTION
07/10        10.00 ACH DEBIT              071015
                   PAYPAL        INST XFER ********** INC
07/13        20.54 POS DEBIT              071315
                   PUBLIX SUPER M3045 PANOLALITHONIA    GA
07/14         7.99 DEBIT CARD PURCHASE    071315
                   NETFLIX.COM             LOS GATOS    CA
07/16         0.01 DEBIT CARD PURCHASE    071615
                   AMAZON MKTPLACE         AMZN.COM/BILLWA
07/16         0.01 DEBIT CARD PURCHASE    071615
                   AMAZON MKTPLACE         AMZN.COM/BILLWA
07/16        10.00 ACH DEBIT              071615
                   PAYPAL        INST XFER ********** INC
07/17         0.01 DEBIT CARD PURCHASE    071615
                   AMAZON MKTPLACE         AMZN.COM/BILLWA
07/17        22.50 ATM DB NONLOCAL        071715
                   3045 PANOLA ROAD        LITHONIA     GA
07/21        47.38 POS DEBIT              072115
                   PUBLIX SUPER M3045 PANOLALITHONIA    GA
07/22        12.47 DEBIT CARD PURCHASE    072215
                   BASICTALK                BASICTALK.COMNJ
07/22        29.00 NSF FEE-ITEM RETURNED
   ACH - MERRICK BANK CORONLINEPYM
07/23        10.69 POS DEBIT              072315
                   PUBLIX SUPER M3045 PANOLALITHONIA    GA
07/23        55.00 POS DEBIT              072315
                   PUBLIX SUPER M3045 PANOLALITHONIA    GA
07/23        75.00 DEBIT CARD PURCHASE    072315
                   FSI*GAPOWER  LO         866-702-1864 GA
07/23       102.50 ATM DB NONLOCAL        072315
                   3045 PANOLA ROAD        LITHONIA     GA
07/23       118.92 POS DEBIT              072315
                   FOOD DEPOT #543590 PANOLALITHONIA    GA
07/23       175.00 USAA FUNDS TRANSFER DB
07/23       789.99 POS DEBIT              072315
                   WM SUPERCENTERWal-Mart SuLITHONIA    GA
07/23        29.00 NSF FEE-ITEM RETURNED
    ACH - PAYPAL         INST XFER
```



FDIC
INSURED

105846-0814_06
BMFR1A



USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 07/02/15 - 08/04/15 |

```
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
07/24         0.02 DEBIT CARD PURCHASE    072315
                   AMAZON MKTPLACE        AMZN.COM/BILLWA
07/24       163.68 DEBIT CARD PURCHASE    072415
                   COMCAST ATLANTA        800-266-2278 GA
07/24        62.20 ACH DEBIT             072415
                   USAA.COM PAY INT P&C     **********0557
07/24       160.00 ACH DEBIT             072415
                   MERRICK BANK COR ONLINEPYMT **********9809
07/27        27.20 POS DEBIT             072515
                   PUBLIX SUPER M3045 PANOLALITHONIA    GA
07/27        10.00 ACH DEBIT             072715
                   PAYPAL           INST XFER **********INC
07/29        10.45 POS DEBIT             072915
                   FOOD DEPOT #543590 PANOLALITHONIA    GA
07/29        10.50 POS DEBIT             072915
                   PUBLIX SUPER M3045 PANOLALITHONIA    GA
07/29         6.00 ACH DEBIT             072915
                   PAYPAL           INST XFER **********INGS
07/29        10.00 ACH DEBIT             072915
                   PAYPAL           INST XFER **********INC
07/31         4.00 DEBIT CARD PURCHASE    073015
                   LAZ PARKING 575        ATLANTA     GA
08/03        17.73 POS DEBIT             080315
                   PUBLIX SUPER M3045 PANOLALITHONIA    GA
08/03        24.17 POS DEBIT             080115
                   PUBLIX SUPER M3045 PANOLALITHONIA    GA
```

FDIC
INSURED





USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 07/02/15 - 08/04/15 |

ACCOUNT BALANCE SUMMARY

| DATE.........BALANCE | | DATE.........BALANCE | |
|---|---|---|---|
| 07/02 | 119.46 | 07/20 | 88.69 |
| 07/03 | 109.46 | 07/21 | 41.31 |
| 07/06 | 62.76 | 07/22 | .16OD |
| 07/07 | 52.76 | 07/23 | 568.88 |
| 07/08 | 108.36 | 07/24 | 283.00 |
| 07/09 | 97.80 | 07/27 | 245.80 |
| 07/10 | 109.75 | 07/29 | 208.85 |
| 07/13 | 89.21 | 07/31 | 204.85 |
| 07/14 | 81.22 | 08/03 | 162.95 |
| 07/16 | 71.20 | 08/04 | 167.95 |
| 07/17 | 68.69 | | |



FDIC
INSURED

   

**USAA FEDERAL SAVINGS BANK**

CALVIN W SCOTT
8304 CAVALIER XING
LITHONIA GA 30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 08/04/15 - 09/02/15 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 167.95 | 31 | 2,179.31 | 9 | 2,088.54 | .00 | 77.18 |

Please examine immediately and report it incorrect. If no report is received within 60 days, the account will be considered correct

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 261.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

DEPOSIT@MOBILE WAS DESIGNED FOR USAA MEMBERS ON THE GO.
NEED TO MAKE A DEPOSIT, CONSIDER DEPOSIT@MOBILE. FOR DETAILS
AND ELIGIBILITY VISIT USAA.COM (KEYWORD: DEPOSIT@MOBILE).

```
    DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
08/06         10.10 DEBIT CARD REFUND        080515
                    PAYPAL *SKYPE              35314369001  LUX
08/06         10.10 DEBIT CARD REFUND        080515
                    PAYPAL *SKYPE              35314369001  LUX
08/06         10.10 DEBIT CARD REFUND        080515
                    PAYPAL *SKYPE              35314369001  LUX
08/12         55.60 ACH CREDIT              081315
                    DFEC TREAS 310    MISC PAY **********1549
08/17         20.00 USAA FUNDS TRANSFER CR
08/17         20.00 USAA FUNDS TRANSFER CR
08/20      1,925.14 ACH CREDIT              082115
                    DFEC TREAS 310    MISC PAY **********1549
08/31         30.00 USAA FUNDS TRANSFER CR
09/02          7.50 ATM SURCHARGE REBATE

    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
08/06         10.10 DEBIT CARD PURCHASE      080515
                    PAYPAL *SKYPE              35314369001  LUX
08/06         10.10 DEBIT CARD PURCHASE      080515
                    PAYPAL *SKYPE              35314369001  LUX
08/06         10.10 DEBIT CARD PURCHASE      080515
                    PAYPAL *SKYPE              35314369001  LUX
08/06         10.10 DEBIT CARD PURCHASE      080615
                    PAYPAL *SKYPE              35314369001  LUX
```


FDIC INSURED

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- · Tell us your name and account number (if any).
- · Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- · Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

## BANK BALANCE

**(1) BALANCE THIS STATEMENT
(SHOWN ON FRONT PAGE)**   $ _____

**(2) ADD DEPOSITS NOT SHOWN ON
THIS STATEMENT (IF ANY)**   + _____

**(3) SUBTOTAL**   $ _____

**(4) SUBTRACT TOTAL OF CHECKS
OUTSTANDING (IF ANY)**   - _____

**(5) ADJUSTED BANK BALANCE**   $ _____

## YOUR BALANCE

**(6) CHECK REGISTER BALANCE**   $ _____

**(7) ADD CREDITS WHICH APPEAR
ON THIS STATEMENT THAT HAVE
NOT BEEN RECORDED IN YOUR
REGISTER (IF ANY)**   + _____ *

**(8) ADD INTEREST CREDITED TO
YOUR ACCOUNT (IF ANY)**   + _____ *

**(9) SUBTRACT OTHER CHARGES
(IF ANY)**   - _____ *

**(10) ADJUSTED CHECK REGISTER
BALANCE**   $ _____
* Be sure to record in your check register.

**Line 5 and Line 10 should now agree. If not, check the following items in your register:**

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS: All transactions are subject to the USAA Federal Savings Bank Depository Agreement.**

126405-0714
BM1BCK



CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 08/04/15 - 09/02/15 |

OTHER DEBITS

DATE..........AMOUNT.TRANSACTION DESCRIPTION

```
08/06      13.12 DEBIT CARD PURCHASE    080515
                 PAYPAL *SKYPE             35314369001  LUX
08/07      33.90 POS DEBIT             080715
                 PUBLIX SUPER M3045 PANOLALITHONIA    GA
08/10       8.20 POS DEBIT             080915
                 PUBLIX SUPER M3045 PANOLALITHONIA    GA
08/10      22.50 ATM DB NONLOCAL       081015
                 3045 PANOLA ROAD         LITHONIA    GA
08/12      57.13 POS DEBIT             081215
                 PUBLIX SUPER M3045 PANOLALITHONIA    GA
08/13       7.99 DEBIT CARD PURCHASE    081315
                 NETFLIX.COM              NETFLIX.COM CA
08/13       9.87 POS DEBIT             081315
                 PUBLIX SUPER M3045 PANOLALITHONIA    GA
08/13      10.78 DEBIT CARD PURCHASE    081215
                 MAGICJACK.COM P          561-594-9925 FL
08/13       6.00 ACH DEBIT             081315
                 PAYPAL         INST XFER **********INGS
08/17      34.10 POS DEBIT             081515
                 PUBLIX SUPER M3045 PANOLALITHONIA    GA
08/18      11.32 POS DEBIT             081815
                 PUBLIX SUPER M3045 PANOLALITHONIA    GA
08/19      22.50 ATM DB NONLOCAL       081915
                 3045 PANOLA ROAD         LITHONIA    GA
08/20      91.15 POS DEBIT             082015
                 Wal-Mart Super Center1340LITHONIA    GA
08/20     100.00 DEBIT CARD PURCHASE    082015
                 FSI*GAPOWER  LO          866-702-1864 GA
08/20     102.50 ATM DB NONLOCAL       082015
                 3045 PANOLA ROAD         LITHONIA    GA
08/20     275.00 USAA FUNDS TRANSFER DB
08/20     789.99 POS DEBIT             082015
                 Wal-Mart Super Center1340LITHONIA    GA
08/20     100.00 ACH DEBIT             082015
                 USAA.COM PAY INT P&C     **********0557
08/21      32.30 POS DEBIT             082115
                 FOOD DEPOT #543590 PANOLALITHONIA    GA
```



105846-0814_06
BMFR1A

USAA
FEDERAL
SAVINGS
USAA® BANK

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 08/04/15 - 09/02/15 |

    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
08/21        148.42 DEBIT CARD PURCHASE    082115
                    COMCAST ATLANTA          800-266-2278 GA
08/21         53.00 ACH DEBIT              082115
                    CAPITAL ONE CARD ONLINE PMT **********8POS
08/24         12.47 DEBIT CARD PURCHASE    082115
                    BASICTALK                BASICTALK.COMNJ
08/24         21.17 POS DEBIT              082215
                    PUBLIX SUPER M3045 PANOLALITHONIA    GA
08/24         28.98 ACH DEBIT              082415
                    PAYPAL           INST XFER **********  COM
08/24        110.00 ACH DEBIT              082415
                    MERRICK BANK COR ONLINEPYMT **********1592
08/31          5.00 ACH DEBIT              083115
                    PAYPAL           INST XFER **********INGS
09/01         31.52 POS DEBIT              090115
                    PUBLIX SUPER M3045 PANOLALITHONIA    GA

     FOREIGN TRANSACTION FEES INCURRED THIS CYCLE       0.23

  ACCOUNT BALANCE SUMMARY
      DATE.........BALANCE  DATE.........BALANCE
      08/04         167.95  08/19          16.04
      08/06         144.73  08/20         482.54
      08/07         110.83  08/21         248.82
      08/10          80.13  08/24          76.20
      08/12          78.60  08/31         101.20
      08/13          43.96  09/01          69.68
      08/17          49.86  09/02          77.18
      08/18          38.54

FDIC
INSURED

 

**USAA FEDERAL SAVINGS BANK**

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 09/02/15 - 10/02/15 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 77.18 | 35 | 2,231.57 | 9 | 2,203.23 | .00 | 48.84 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 58.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 319.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

DEPOSIT@MOBILE WAS DESIGNED FOR USAA MEMBERS ON THE GO.
NEED TO MAKE A DEPOSIT, CONSIDER DEPOSIT@MOBILE. FOR DETAILS
AND ELIGIBILITY VISIT USAA.COM (KEYWORD: DEPOSIT@MOBILE).


DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
09/04      100.00 USAA FUNDS TRANSFER CR
09/11       35.00 USAA FUNDS TRANSFER CR
09/14       20.00 USAA FUNDS TRANSFER CR
09/15       20.00 USAA FUNDS TRANSFER CR
09/16        9.99 DEBIT CARD REFUND        091615
                  MSFT   * ONLINE        09999999999  WA
09/17       55.60 ACH CREDIT             091715
                  DFEC TREAS 310    MISC PAY **********1549
09/17    1,925.14 ACH CREDIT             091815
                  DFEC TREAS 310    MISC PAY **********1549
09/22       30.00 USAA FUNDS TRANSFER CR
10/02        7.50 ATM SURCHARGE REBATE


OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
09/08       34.58 POS DEBIT             090515
                  PUBLIX SUPER M3045 PANOLALITHONIA     GA
09/09       37.51 POS DEBIT             090915
                  PUBLIX SUPER M3045 PANOLALITHONIA     GA
09/09       53.00 ACH DEBIT             090915
                  CAPITAL ONE CARD ONLINE PMT **********8POS
09/10       11.00 ACH DEBIT             091015
                  PAYPAL       INST XFER **********INGS
09/11       33.37 POS DEBIT             091115
                  PUBLIX SUPER M3045 PANOLALITHONIA     GA

**FDIC INSURED** 

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not
been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

**(1) BALANCE THIS STATEMENT**
**(SHOWN ON FRONT PAGE)**          $ _____

**(2) ADD DEPOSITS NOT SHOWN ON**
**THIS STATEMENT (IF ANY)**          + _____

**(3) SUBTOTAL**                    $ _____

**(4) SUBTRACT TOTAL OF CHECKS**
**OUTSTANDING (IF ANY)**             - _____

**(5) ADJUSTED BANK BALANCE**       $ _____

### YOUR BALANCE

**(6) CHECK REGISTER BALANCE**       $ _____

**(7) ADD CREDITS WHICH APPEAR**
**ON THIS STATEMENT THAT HAVE**
**NOT BEEN RECORDED IN YOUR**
**REGISTER (IF ANY)**                + _____ *

**(8) ADD INTEREST CREDITED TO**
**YOUR ACCOUNT (IF ANY)**            + _____ *

**(9) SUBTRACT OTHER CHARGES**
**(IF ANY)**                         - _____ *

**(10) ADJUSTED CHECK REGISTER**    $ _____
**BALANCE**
     * Be sure to record in your check register.

**Line 5 and Line 10 should now agree. If not, check the following items in your register:**

**-Are all deposits accounted for?**
**-Are all amounts entered correctly?**
**-Are all automatic transactions accounted for?**
**-Are all additions and subtractions accurate?**



**TERMS AND CONDITIONS: All transactions are subject to the USAA Federal Savings Bank Depository Agreement.**

126405-0714
BM1BCK



USAA FEDERAL SAVINGS BANK

CALVIN W SCOTT
8304 CAVALIER XING
LITHONIA GA  30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 09/02/15 - 10/02/15 |

OTHER DEBITS

DATE.........AMOUNT.TRANSACTION DESCRIPTION

| | | |
|---|---|---|
| 09/11 | 6.00 | ACH DEBIT                  091115 |
| | | PAYPAL           INST XFER  ***********INGS |
| 09/14 | 7.99 | DEBIT CARD PURCHASE   091315 |
| | | NETFLIX.COM            NETFLIX.COM  CA |
| 09/14 | 22.50 | ATM DB NONLOCAL       091415 |
| | | 3045 PANOLA ROAD       LITHONIA    GA |
| 09/14 | 4.99 | ACH DEBIT                  091415 |
| | | PAYPAL           INST XFER  ********** COM |
| 09/14 | 5.00 | ACH DEBIT                  091415 |
| | | PAYPAL           INST XFER  ***********INGS |
| 09/14 | 6.00 | ACH DEBIT                  091415 |
| | | PAYPAL           INST XFER  ***********INGS |
| 09/14 | 6.00 | ACH DEBIT                  091415 |
| | | PAYPAL           INST XFER  ***********INGS |
| 09/15 | 29.00 | NSF FEE-ITEM RETURNED |
| | | ACH - PAYPAL       INST XFER |
| 09/16 | 6.99 | DEBIT CARD PURCHASE   091615 |
| | | MSFT  *MICROSO        877-696-7786 WA |
| 09/16 | 9.99 | DEBIT CARD PURCHASE   091615 |
| | | MSFT  *MICROSO        877-696-7786 WA |
| 09/17 | 35.09 | POS DEBIT               091715 |
| | | FOOD DEPOT #543590 PANOLALITHONIA     GA |
| 09/17 | 55.32 | POS DEBIT               091715 |
| | | FOOD DEPOT #543590 PANOLALITHONIA     GA |
| 09/17 | 60.28 | POS DEBIT               091715 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA     GA |
| 09/17 | 162.50 | ATM DB NONLOCAL       091715 |
| | | 3045 PANOLA ROAD       LITHONIA    GA |
| 09/17 | 200.00 | USAA FUNDS TRANSFER DB |
| 09/17 | 789.99 | POS DEBIT               091715 |
| | | Wal-Mart Super Center1340LITHONIA     GA |
| 09/17 | 29.00 | NSF FEE-ITEM RETURNED |
| | | ACH - PAYPAL       INST XFER |
| 09/17 | 100.00 | ACH DEBIT                  091715 |
| | | USAA.COM PAY INT P&C      **********0557 |
| 09/18 | 17.90 | POS DEBIT               091815 |
| | | USPS 1224440452724 WESLEYDECATUR     GA |



FDIC INSURED

105846-0814_06
BMFR1A


USAA
FEDERAL
SAVINGS
USAA® BANK

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 09/02/15 - 10/02/15 |

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 09/18 | 27.73 | POS DEBIT          091815 |
| | | FOOD DEPOT #543590 PANOLALITHONIA    GA |
| 09/18 | 160.00 | DEBIT CARD PURCHASE    091815 |
| | | COMCAST ATLANTA       800-266-2278 GA |
| 09/18 | 20.99 | ACH DEBIT          091815 |
| | | PAYPAL           INST XFER  ********** COM |
| 09/18 | 175.00 | ACH DEBIT          091815 |
| | | MERRICK BANK COR ONLINEPYMT **********1539 |
| 09/21 | 25.08 | POS DEBIT          091915 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA    GA |
| 09/21 | 12.50 | ACH DEBIT          092115 |
| | | PAYPAL           INST XFER  **********INGS |
| 09/22 | 12.47 | DEBIT CARD PURCHASE    092215 |
| | | BASICTALK            BASICTALK.COMNJ |
| 09/22 | 20.85 | POS DEBIT          092215 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA    GA |
| 09/22 | 21.45 | POS DEBIT          092215 |
| | | USPS 1224440452724 WESLEYDECATUR    GA |
| 09/23 | 9.00 | ACH DEBIT          092315 |
| | | PAYPAL           RETRY PYMT **********INGS |
| 09/24 | 22.50 | ATM DB NONLOCAL      092415 |
| | | 3045 PANOLA ROAD      LITHONIA    GA |

ACCOUNT BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/02 | 77.18 | 09/16 | 11.75OD |
| 09/04 | 177.18 | 09/17 | 536.81 |
| 09/08 | 142.60 | 09/18 | 135.19 |
| 09/09 | 52.09 | 09/21 | 97.61 |
| 09/10 | 41.09 | 09/22 | 72.84 |
| 09/11 | 36.72 | 09/23 | 63.84 |
| 09/14 | 4.24 | 09/24 | 41.34 |
| 09/15 | 4.76OD | 10/02 | 48.84 |


FDIC
INSURED

105846-0814_06
BMFR1A

 

 USAA FEDERAL SAVINGS BANK

CALVIN W SCOTT
8304 CAVALIER XING
LITHONIA GA  30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 10/02/15 - 11/03/15 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 48.84 | 42 | 2,418.05 | 8 | 2,398.24 | .00 | 29.03 |

Please examine immediately and report it incorrect  If no report is received within 60 days, the account will be considered correct .

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 87.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 406.00 | 0.00 |

Note  Fee reversals/refunds made by USAA will not reduce the totals on this chart

DEPOSIT@MOBILE WAS DESIGNED FOR USAA MEMBERS ON THE GO.
NEED TO MAKE A DEPOSIT, CONSIDER DEPOSIT@MOBILE. FOR DETAILS
AND ELIGIBILITY VISIT USAA.COM (KEYWORD: DEPOSIT@MOBILE).


   DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
10/05       225.00 USAA FUNDS TRANSFER CR
10/09        70.00 USAA FUNDS TRANSFER CR
10/13        45.00 USAA FUNDS TRANSFER CR
10/14        55.60 ACH CREDIT              101515
                   DFEC TREAS 310     MISC PAY **********1549
10/15     1,925.14 ACH CREDIT              101615
                   DFEC TREAS 310     MISC PAY **********1549
10/20        30.00 USAA FUNDS TRANSFER CR
10/30        40.00 USAA FUNDS TRANSFER CR
11/03         7.50 ATM SURCHARGE REBATE


   OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
10/05        20.00 USAA FUNDS TRANSFER DB
10/05       162.50 ATM DB NONLOCAL         100515
                   3045 PANOLA ROAD        LITHONIA     GA
10/05         5.00 ACH DEBIT               100515
                   PAYPAL          INST XFER **********ORTS
10/05        10.00 ACH DEBIT               100515
                   PAYPAL          INST XFER **********ORTS
10/06        55.22 DEBIT CARD PURCHASE     100615
                   COMCAST ATLANTA       800-266-2278 GA
10/07        29.00 NSF FEE-ITEM RETURNED
   ACH - CAPITAL ONE CARDONLINE PM
10/09        26.46 POS DEBIT               100915
                   PUBLIX SUPER M3045 PANOLALITHONIA     GA
10/09        29.00 NSF FEE-ITEM RETURNED



FDIC INSURED

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

## BANK BALANCE

**(1) BALANCE THIS STATEMENT**
**(SHOWN ON FRONT PAGE)**    $ _____

**(2) ADD DEPOSITS NOT SHOWN ON**
**THIS STATEMENT (IF ANY)**    + _____

**(3) SUBTOTAL**    $ _____

**(4) SUBTRACT TOTAL OF CHECKS**
**OUTSTANDING (IF ANY)**    - _____

**(5) ADJUSTED BANK BALANCE**    $ _____

## YOUR BALANCE

**(6) CHECK REGISTER BALANCE**    $ _____

**(7) ADD CREDITS WHICH APPEAR**
**ON THIS STATEMENT THAT HAVE**
**NOT BEEN RECORDED IN YOUR**
**REGISTER (IF ANY)**    + _____ *

**(8) ADD INTEREST CREDITED TO**
**YOUR ACCOUNT (IF ANY)**    + _____ *

**(9) SUBTRACT OTHER CHARGES**
**(IF ANY)**    - _____ *

**(10) ADJUSTED CHECK REGISTER**    $ _____
**BALANCE**
**\* Be sure to record in your check register.**

**Line 5 and Line 10 should now agree. If not, check the following items in your register:**

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS:** All transactions are subject to the USAA Federal Savings Bank Depository Agreement.


USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
8304 CAVALIER XING
LITHONIA GA  30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 10/02/15 - 11/03/15 |

    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
    ACH - PAYPAL        INST XFER
10/13         7.99 DEBIT CARD PURCHASE    101315
              NETFLIX.COM              NETFLIX.COM  CA
10/13        29.00 NSF FEE-ITEM RETURNED
    ACH - CAPITAL ONE CARDRETRY PYM
10/14        22.50 ATM DB NONLOCAL        101415
              3045 PANOLA ROAD         LITHONIA    GA
10/15        18.20 POS DEBIT             101515
              USPS 1224440452724 WESLEYDECATUR    GA
10/15        20.00 POS DEBIT             101515
              SHELL Service S          LITHONIA    GA
10/15        39.98 POS DEBIT             101515
              Wal-Mart Super Center1340LITHONIA   GA
10/15        42.50 ATM DB NONLOCAL        101515
              3045 PANOLA ROAD         LITHONIA    GA
10/15       300.00 USAA FUNDS TRANSFER DB
10/15       789.99 POS DEBIT             101515
              WAL-MART #13405401 FAIRINLITHONIA   GA
10/15        10.00 ACH DEBIT             101515
              PAYPAL            TRANSFER  **********P64U
10/15       100.00 ACH DEBIT             101515
              USAA.COM PAY INT P&C      **********0557
10/16        33.36 POS DEBIT             101615
              FOOD DEPOT/LITHONIA3590 PLITHONIA   GA
10/16         7.00 ACH DEBIT             101615
              PAYPAL            RETRY PYMT **********BANK
10/16        53.00 ACH DEBIT             101615
              CAPITAL ONE CARD ONLINE PMT **********8POS
10/16       100.00 ACH DEBIT             101615
              MERRICK BANK COR ONLINEPYMT **********6599
10/19        16.91 POS DEBIT             101715
              FOOD DEPOT/LITHONIA3590 PLITHONIA   GA
10/19        52.10 POS DEBIT             101715
              PUBLIX SUPER M3045 PANOLALITHONIA   GA
10/19       150.00 DEBIT CARD PURCHASE    101615
              COMCAST ATLANTA .        800-266-2278 GA
10/20         2.99 DEBIT CARD PURCHASE    102015
              MICROSOFT   *ST          08006427676  NV


FDIC
INSURED

105846-0814_06
BMFR1A

USAA
FEDERAL
SAVINGS
USAA® BANK

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 10/02/15 - 11/03/15 |


OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
| 10/20 | 73.35 | POS DEBIT | 102015 |
|---|---|---|---|
| | | Wal-Mart Super Center1340LITHONIA | GA |
| 10/21 | 35.00 | POS DEBIT | 102115 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA | GA |
| 10/22 | 10.00 | DEBIT CARD PURCHASE | 102115 |
| | | FANDUEL | 646-930-0954 NY |
| 10/23 | 12.59 | DEBIT CARD PURCHASE | 102115 |
| | | BASICTALK | BASICTALK.COMNJ |
| 10/26 | 10.00 | DEBIT CARD PURCHASE | 102415 |
| | | FANDUEL | 800-475225  NY |
| 10/26 | 10.00 | DEBIT CARD PURCHASE | 102515 |
| | | FANDUEL | 800-475225  NY |
| 10/26 | 25.87 | POS DEBIT | 102615 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA | GA |
| 10/26 | 9.25 | ACH DEBIT | 102615 |
| | | PAYPAL      INST XFER ********** COM |
| 10/29 | 10.00 | DEBIT CARD PURCHASE | 102815 |
| | | FANDUEL | 800-475225  NY |
| 10/30 | 19.67 | POS DEBIT | 103015 |
| | | USPS 1224440452724 WESLEYDECATUR | GA |
| 10/30 | 32.83 | POS DEBIT | 103015 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA | GA |
| 11/02 | 6.99 | DEBIT CARD PURCHASE | 110115 |
| | | MICROSOFT   *OF      08006427676 | NV |
| 11/02 | 9.80 | POS DEBIT | 110215 |
| | | PUBLIX SUPER M3045 PANOLALITHONIA | GA |
| 11/02 | 10.00 | DEBIT CARD PURCHASE | 103015 |
| | | FANDUEL | 646-930-0954 NY |
| 11/02 | 10.00 | DEBIT CARD PURCHASE | 110115 |
| | | FANDUEL | 800-475225  NY |

FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 10/02/15 - 11/03/15 |

ACCOUNT BALANCE SUMMARY

| DATE.........BALANCE | DATE.........BALANCE |
|---|---|
| 10/02       48.84 | 10/20        193.53 |
| 10/05       76.34 | 10/21        158.53 |
| 10/06       21.12 | 10/22        148.53 |
| 10/07      7.88OD | 10/23        135.94 |
| 10/09        6.66 | 10/26         80.82 |
| 10/13       14.67 | 10/29         70.82 |
| 10/14       47.77 | 10/30         58.32 |
| 10/15      652.24 | 11/02         21.53 |
| 10/16      458.88 | 11/03         29.03 |
| 10/19      239.87 | |



FDIC
INSURED

105846-0814_06
BMFR1A





USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 11/03/15 - 12/02/15 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 29.03 | 32 | 2,802.80 | 6 | 2,787.74 | .00 | 13.97 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 406.00 | 0.00 |

Note. Fee reversals/refunds made by USAA will not reduce the totals on this chart

DEPOSIT@MOBILE WAS DESIGNED FOR USAA MEMBERS ON THE GO.
NEED TO MAKE A DEPOSIT, CONSIDER DEPOSIT@MOBILE. FOR DETAILS,
AND ELIGIBILITY VISIT USAA.COM (KEYWORD: DEPOSIT@MOBILE).

```
  DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
11/04      20.00 USAA FUNDS TRANSFER CR
11/04      37.00 USAA FUNDS TRANSFER CR
11/13   1,925.14 ACH CREDIT          111315
                 DFEC TREAS 310    MISC PAY ***********1549
11/18      55.60 ACH CREDIT          111915
                 DFEC TREAS 310    MISC PAY ***********1549
11/30     150.00 USAA FUNDS TRANSFER CR
11/30     600.00 USAA FUNDS TRANSFER CR

  OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
11/04      21.59 POS DEBIT           110415
                 FOOD DEPOT/LITHONIA3590 PLITHONIA     GA
11/05      10.19 DEBIT CARD PURCHASE 110515
                 AMAZON MKTPLACE        AMZN.COM/BILLWA
11/09      10.00 DEBIT CARD PURCHASE 110715
                 PAYPAL *FANDUEL        4029357733    CA
11/12      24.78 POS DEBIT           111115
                 PUBLIX SUPER M3045 PANOLALITHONIA     GA
11/13       7.99 DEBIT CARD PURCHASE 111315
                 NETFLIX.COM            NETFLIX.COM   CA
11/13      85.14 DEBIT CARD PURCHASE 111315
                 FSI*GAPOWER   LO       866-702-1864 GA
11/13     900.00 USAA FUNDS TRANSFER DB
11/13      45.00 ACH DEBIT           111315
                 USAA.COM PAY INT P&C   ***********0557
```


FDIC
INSURED

93526-0814_05

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

(1) BALANCE THIS STATEMENT
(SHOWN ON FRONT PAGE)          $ _____

(2) ADD DEPOSITS NOT SHOWN ON
THIS STATEMENT (IF ANY)        + _____

(3) SUBTOTAL                      $ _____

(4) SUBTRACT TOTAL OF CHECKS
OUTSTANDING (IF ANY)           - _____

(5) ADJUSTED BANK BALANCE         $ _____

### YOUR BALANCE

(6) CHECK REGISTER BALANCE        $ _____

(7) ADD CREDITS WHICH APPEAR
ON THIS STATEMENT THAT HAVE
NOT BEEN RECORDED IN YOUR
REGISTER (IF ANY)              + _____  *

(8) ADD INTEREST CREDITED TO
YOUR ACCOUNT (IF ANY)          + _____  *

(9) SUBTRACT OTHER CHARGES
(IF ANY)                       - _____  *

(10) ADJUSTED CHECK REGISTER
BALANCE                        $ _____
    * Be sure to record in your check register.

Line 5 and Line 10 should now agree. If not, check the following items in your register:

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS:** All transactions are subject to the USAA Federal Savings Bank Depository Agreement.

126405-0714

 USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 11/03/15 - 12/02/15 |

OTHER DEBITS

DATE.........AMOUNT.TRANSACTION DESCRIPTION

```
11/16        10.00 DEBIT CARD PURCHASE    111415
                   PAYPAL *FANDUEL         4029357733   CA
11/16        13.41 DEBIT CARD PURCHASE    111415
                   COMCAST ATLANTA        800-266-2278 GA
11/16        25.00 DEBIT CARD PURCHASE    111315
                   PAYPAL *FANDUEL         4029357733   CA
11/16        37.73 DEBIT CARD PURCHASE    111415
                   MAGICJACK.COM R        561-594-9925 FL
11/16        10.00 ACH DEBIT             111615
                   PAYPAL        INST XFER **********  DEP
11/16        53.00 ACH DEBIT             111615
                   CAPITAL ONE CARD ONLINE PMT **********8POS
11/18        28.92 POS DEBIT             111815
                   PUBLIX SUPER M3045 PANOLALITHONIA    GA
11/18       200.00 ACH DEBIT             111815
                   MERRICK BANK COR ONLINEPYMT **********3493
11/23        12.59 DEBIT CARD PURCHASE    112215
                   BASICTALK               BASICTALK.COMNJ
11/23       194.35 DEBIT CARD PURCHASE    112215
                   COMCAST ATLANTA        800-266-2278 GA
11/23        10.00 ACH DEBIT             112315
                   PAYPAL        INST XFER **********  DEP
11/23        10.00 ACH DEBIT             112315
                   PAYPAL        INST XFER **********  DEP
11/24         9.30 POS DEBIT             112415
                   USPS 1224440452724 WESLEYDECATUR     GA
11/24        28.52 POS DEBIT             112415
                   PUBLIX SUPER M3045 PANOLALITHONIA    GA
11/30        10.00 DEBIT CARD PURCHASE    112815
                   PAYPAL *FANDUEL         4029357733   NY
11/30       809.99 POS DEBIT             113015
                   WM SUPERCENTERWal-Mart SuLITHONIA    GA
11/30         9.87 ACH DEBIT             113015
                   PAYPAL        INST XFER **********  COM
11/30        10.00 ACH DEBIT             113015
                   PAYPAL        INST XFER **********INGS
12/01        50.70 POS DEBIT             120115
                   FOOD DEPOT #543590 PANOLALITHONIA    GA
```

 FDIC
INSURED

105846-0814_06


USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
8304 CAVAILER XING
LITHONIA GA  30058

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 11/03/15 - 12/02/15 |

```
  OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
12/01         98.74 DEBIT CARD PURCHASE    120115
                    Amazon.com              AMZN.COM/BILLWA
12/01         10.00 ACH DEBIT              120115
                    PAYPAL         INST XFER  ********** DEP
12/02          6.99 DEBIT CARD PURCHASE    120215
                    MICROSOFT   *OF      08006427676  NV
12/02          6.00 ACH DEBIT              120215
                    PAYPAL         INST XFER  **********INGS
12/02         43.00 ACH DEBIT              120215
                    CIGNA 877-484-59 8774845967 **********4038

  ACCOUNT BALANCE SUMMARY
        DATE..........BALANCE   DATE..........BALANCE
        11/03          29.03    11/18          584.02
        11/04          64.44    11/23          357.08
        11/05          54.25    11/24          319.26
        11/09          44.25    11/30          229.40
        11/12          19.47    12/01           69.96
        11/13         906.48    12/02           13.97
        11/16         757.34
```


FDIC
INSURED

105846-0814_06
BMFR1A



EX 3

USAA
FEDERAL
SAVINGS
**USAA®** BANK

CALVIN W SCOTT
8304 CAVALIER XING
LITHONIA GA  30038-5354

0
30

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01640-2779-3 | USAA SECURE CHECKING | 05/28/15 - 06/29/15 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 410.00 | 6 | 445.00 | 2 | 242.00 | .00 | 207.00 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 0.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

DEPOSIT@MOBILE WAS DESIGNED FOR USAA MEMBERS ON THE GO.
NEED TO MAKE A DEPOSIT, CONSIDER DEPOSIT@MOBILE. FOR DETAILS
AND ELIGIBILITY VISIT USAA.COM (KEYWORD: DEPOSIT@MOBILE).


DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
06/01        92.00 USAA FUNDS TRANSFER CR
06/25       150.00 USAA FUNDS TRANSFER CR

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
05/29        80.00 USAA FUNDS TRANSFER DB
06/01        40.00 USAA FUNDS TRANSFER DB
06/09       250.00 USAA FUNDS TRANSFER DB
06/15        30.00 USAA FUNDS TRANSFER DB
06/19        20.00 USAA FUNDS TRANSFER DB
06/22        25.00 USAA FUNDS TRANSFER DB

ACCOUNT BALANCE SUMMARY
    DATE.........BALANCE   DATE.........BALANCE
    05/28        410.00   06/15        102.00
    05/29        330.00   06/19         82.00
    06/01        382.00   06/22         57.00
    06/09        132.00   06/25        207.00

**FDIC** INSURED

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

## BANK BALANCE

(1) **BALANCE THIS STATEMENT (SHOWN ON FRONT PAGE)**    $ _____

(2) **ADD DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)**    + _____

(3) **SUBTOTAL**    $ _____

(4) **SUBTRACT TOTAL OF CHECKS OUTSTANDING (IF ANY)**    - _____

(5) **ADJUSTED BANK BALANCE**    $ _____

## YOUR BALANCE

(6) **CHECK REGISTER BALANCE**    $ _____

(7) **ADD CREDITS WHICH APPEAR ON THIS STATEMENT THAT HAVE NOT BEEN RECORDED IN YOUR REGISTER (IF ANY)**    + _____ *

(8) **ADD INTEREST CREDITED TO YOUR ACCOUNT (IF ANY)**    + _____ *

(9) **SUBTRACT OTHER CHARGES (IF ANY)**    - _____ *

(10) **ADJUSTED CHECK REGISTER BALANCE**    $ _____
    * Be sure to record in your check register.

Line 5 and Line 10 should now agree. If not, check the following items in your register:

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?


**FDIC**
INSURED

**TERMS AND CONDITIONS:** All transactions are subject to the USAA Federal Savings Bank Depository Agreement.

126405-0714
BM1BCK



07/30/2019

Calvin W. Scott

5095 Southwood Rd. Unit 1208

Fairburn, Ga.30213


Jan E. Roush, President

Dorchester Management

6780 Roswell Road

SandySprings,Ga.30328

Re: Notice of Violation of Lease Agreement and Request to Vacate Unit Within Six Months


Dear, Ms. Roush

I am contacting your office to request a formal, written notice of the above request, because the

attached notes, on a memo sheet, is an insufficient bases for me to consider, as a formal basis, for me

To go through a life changing event, and expense for the following reasons;

1) I believe that allegations of financial fraud are covered under the Older American's Act of 2009.(OOA)

2)I do not believe I have engaged in the fraudulent conduct I have been accused of by C. J. your representative at the property.

3)I have been through your certification process three times, and I have given your representatives, my written statement, and my bank statements, which makes it impossible for me to under report my income.

4) I am retired from a Federal agency with the responsibility for the investigation, for enforcing the

provisions of the OOA.

5) I consider these allegation's serious, because I have never been involved in any type of financial crime.

6) I consider these allegation's serious, and unlike C. J. stated "that regardless of whose fault you are going to have to move any way"

7)I made your office aware at the time I entered into the leasing agreement that, I suffer from mental

disability, and I feel do not want the threat of eviction looming over my head.

8)Therefore, under the provisions of the Freedom of Information Act of 1974, Title 5 USC Sec.552a(b), I am requesting a copy of all the documents, that I have provided your office over the last three years, during the certification process. I am requesting these documents within the next 30day's, and if your office cannot provide than to, please cite the specific statue which allows you to deny me the documents requested.

9)I am making this request, all the documents in question, because, unlike the determination, by your representative C.J., fault does matter. I know from experience, that Federal agencies do share records, and If there is a determination that, I have engaged in criminal misconduct against a Federal program, I can lose my benefits.

10)I consider these allegations of under reporting of income serious, and I am making this request because, of the fact that the OOA provides me with the right to speak to the coordinator for the OOA, at that agency, and the specific responsibility for investigating financial misconduct against elder American's that suffer from mental disabilities such as mine.

11) I is expensive, and hard to finding suitable housing when you are living on a fixed income, and I don't keep that type of money on hand, and I must live within my means.

Therefore, as a matter of law, I am formally requesting that I be provided with a formal written notice from your office, detailing the specific criminal conduct, that I have engaged in, a copy of all of the information that have led your office to make the determination, that you have made, and why it have taken your office three years to make you determination.

If you have any questions, please respond to me in writing for the purpose of transparency, and full disclosure, I do not want anyone contacting me about this issue by phone because for record keeping purposes.

Sincerely;


Calvin W. Scott

08/18/2018

Calvin W. Scott

5095 Southwood Rd. Unit 1208

Fairburn,Ga.30213


MS. Jan E. Roush, President, Dorchester Management

6780 Roswell Rd.

Sandy Springs, Ga.30328

Re: Second Request and notice of Refusal to Provide Requested Documents

Dear, Ms. Roush

The purpose of this letter is to, "Confirm" the fact that on Friday August 9th your office received "Certified Return Receipt Requested" letter# 70190700000167154356 remind you of the following requirements in my lawful F.O.I.A , request:

a)I my original letter requested all the documents relating to your allegation that I failed to provide you company with all information relating to your allegations. This meant that I am requesting a complete copy of my file, which includes all documents in your possession that I signed during the three Certifications I have participated in since our agreement. This is a specific request that you include all HUD, and Atlanta Housing forms, because they are pertinent to your allegations, I want a complete copy of everything your Company have had me to sign, during the three Certifications, that pertains to my rental agreement with Dorchester Management, and your site office have relating to our agreement. I believe that a Federal judge will review these documents which were signed under" penalty of perjury". I don't have any objections to what I signed, and the amounts of income I reported on the forms.

This is a "Reasonable" request under the Fourth, Fifth, Sixth, Seventh and Fourteenth Amendments to the United States Constitution. I will be requesting a jury trial, as soon as you provide me with the information, or if you chose not to provide me with a formal written statement telling me in writing what I have done to cause the termination of my lease. A judge will make you produced the records to support your verbal allegations, and a jury will also, evaluate my claims. I look forward to receiving the requested information along with an inventory sheet detailing your response. If your office to ignore my lawful request, I will be providing the court with evidence that the verbal threats of eviction, by your on-site staff is already causing me severe irreparable "Psychological Distress" and "Emotional Harm" which have caused me to have to seek additional treatment for my condition. I know from my experience in dealing with your on-site staff that myself, and other residents have been threatened with physical harm, but I am not going to be baited into a confrontation with your staff, therefore, please do not have them contact me unless it's in writing, for record keeping purposes. These same judges that will be

reviewing my action in the District Court, already have evidence, of how I have responded to pressure in much more dangerous situations.

b)I am requesting a notice in writing signed by you, and not your on-site representative. I was required to sign for the receipt of the misleading information provided to me by your representative. I may be a senior citizen with a mental disability, who have people assisting me, who cannot be misled.

c) I view the information provided to me by your on-site office as a refusal to provide the information, in response to my lawful request as a refusal because you failed to respond. The information provided by your representative, did not contain an inventory sheet, and because this was not provided, to me by you the person my letter was addressed to, I believe that it is your intention to engage in the obstruction, in violation of Title 18 USC Sec.1507.

d)I am therefore advising you that you are in violation of The Fair housing act of 1968 Title 42 USC; SEC.3604(a)(c)(f)1(b) and (2)(B) of the Fair Housing Act of 1968.

e)I am also alleging that your refusal to repair the rear door in the 1201-1209 hallway is in violation of Section 3604(B) and Sec.3(C)(ii)because that door does not allow passage into and within all premises is in violation of the Fair Housing Act of 1968, because of the fact that I have nerve damage to my left leg, and your inaction have required me to have to walk all the way to the door in the common area to gain access to my unit.

f)I view our refusal to provide me with a formal written notice that I violated the terms of my lease, by not providing your office with proof of all my income, as I requested, instead verbally telling me what law applies, in in violation of title 42 USC;Sec.3617, because the actions of your representative amounts to coercion, intimidation, and threats to evict me without providing me with a written notice of the specific detailed information your representative claims, justifies her action.

g) I am also advising you that I will be alleging that you have engaged in a conspiracy to violate to violate Title 18USC Sec.1982 and 1983, because of the fact that these letters are addressed to you, and neither you, or your representative have chosen to respond.

h) A Federal judge is not going to accept the fact that your on-site representative has chosen to make verbal threats of eviction, for cause, and yet she has refused to provide me with a formal signed copy statement of her allegations against me.

I)I have been before this court on many occasions before, because I occupied a position of public trust, and even though I had the opportunity to be involved in multimillion dollar schemes before, the weight of the evidence is going to show that I have never engaged in any type of criminal fraud.

j)I am making this second request for the pertinent information by the First day of September, and I am, therefore, advising you that, if you continue to ignore my request, I will be filing my a request for enforcement of my FOIA request in the United States District Court for the Northern District of Georgia Atlanta Division, along with a request for an Order for Dorchester Management, why the court should not be required to cite you for discrimination, against me because of my race, age, Gender, and my Disability . I am also advising you that a Monthly Benefit is insufficient in proving that I committed housing fraud. Your office may want to review the information CJ have provided to me.

k)because of the fact that you are aware that I am a black man who suffer from suffer from PTSD, and you actions are a deliberate attempt to cause me severe emotional distress, because of the fact that the conduct of your representative who have refused to provide me with the proper information, is deliberate attempt to hold the threat of forced eviction over my head, is the same as playing "Russian Roulette" with a loaded gun to my head. I will also, be advising the court of the fact that your on-site agent have attempted to intimidate me in the past by threating me with physical harm.

l)I will also be making a formal complaint that I believe that I am the victim of "Racial Profiling" because of my race, therefore, I will be requesting statistical analysis of the racial, and gender breakdown of the population for all of Dorchester Properties, because I know that statistically, as one of the few black men, living in all of your Properties it is more likely than not I am being wrongfully accused of a crime, and your employee's have chosen to target me. The chances of me being accused of a crime is highly unlikely, because of my background, The lack of a criminal record, and the fact that for the small percentage of black men living in all of your properties, there is a minimal number of the few black men you rent to it is more likely than not few, will have occupied apposition of public trust, and do not have a criminal record. I believe that when I subpoena Dorchester records , and by having them audited, by a retired HUB investigator these records will prove my allegation's.

I view your allegations seriously, and If your Company feel that I have provided fraudulent information to you, which is also a crime under the Federal Housing Act and I could face a $10,000.00 fine and imprisonment, if your allegations are found to be true .I am advising you in advance that you have chosen someone who will examine your overall conduct in regard to all men similarly situated as me.

Therefore, I am making this request for a second time, and I am expecting everything concerning your Proposal for Eviction in writing, with the signature from the person making the allegations affixed to the proposal, because so far, you and your representative are in violation of my Federal Civil Rights, as well as, the "Due Process" provision of the Fourteenth Amendment of the United States Constitution.

I will be expecting a written "Signed " response, from you no later the September 5, 2019, along with a Request to produce Documents under the Freedom of Information Act of 1974. I will be filing a formal request for these same records. I will also be issuing Subpoena's for current and formal residents who have been victimized by your current, and formal employees. Please do not have your on-site staff to try to speak to me about this matter, because my doctor who have treated me for 35yrs. Have advised me that, because of my long history of dealing with my illness, he will be making a medical assessment of the pressure. I have been placed under, and it would be better for me not to have any verbal interaction with your on-site staff. If their conduct does not change he have advised me to avoid any unnecessary contact with these people, and written communication should be enough, because written communications do leave a "Paper Trail ".

Sincerely,

Calvin W. Scott


USAA
FEDERAL
SAVINGS
BANK
USAA®

CALVIN W SCOTT
5095 SOUTHWOOD RD APT 1208
FAIRBURN GA  30213-2037

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 05/03/16 - 06/02/16 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 210.86 | 63 | 2,575.12 | 15 | 2,431.71 | .00 | 67.45 |

Please examine immediately and report if incorrect. If no report is received within 90 days, the account will be considered correct

|  | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 116.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 290.00 | 0.00 |

Note  Fee reversals/refunds made by USAA will not reduce the totals on this chart

EFFECTIVE MARCH 1, 2016, TRANSACTIONS AT ATMS LOCATED
OUTSIDE OF THE UNITED STATES MAY NOT BE ELIGIBLE FOR ATM
USAGE FEE REFUNDS. SEE FEE SCHEDULE ON USAA.COM

    DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
05/09        30.00 USAA FUNDS TRANSFER CR
05/09         5.93 DEBIT CARD REFUND        050916
             AMAZON MKTPLACE         AMZN.COM/BILLWA
05/10        40.00 USAA FUNDS TRANSFER CR
05/11        20.00 USAA FUNDS TRANSFER CR
05/13        30.00 USAA FUNDS TRANSFER CR
05/16        20.00 USAA FUNDS TRANSFER CR
05/18        62.24 ACH CREDIT              051916
             DFEC TREAS 310   MISC PAY **********1549
05/19        39.00 USAA FUNDS TRANSFER CR
05/19        46.00 USAA FUNDS TRANSFER CR
05/25        30.00 USAA FUNDS TRANSFER CR
05/26     1,931.04 ACH CREDIT              052716
             DFEC TREAS 310   MISC PAY **********1549
05/31       110.00 USAA FUNDS TRANSFER CR
06/01        30.00 USAA FUNDS TRANSFER CR
06/02        30.00 USAA FUNDS TRANSFER CR
06/02         7.50 ATM SURCHARGE REBATE

    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
05/04         5.98 DEBIT CARD PURCHASE     050416
             AMAZON MKTPLACE         AMZN.COM/BILLWA
05/04        12.58 DEBIT CARD PURCHASE     050416
             AMAZON.COM AMZN         AMZN.COM/BILLWA


FDIC
INSURED

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

## BANK BALANCE

(1) BALANCE THIS STATEMENT
(SHOWN ON FRONT PAGE)          $ _____

(2) ADD DEPOSITS NOT SHOWN ON
THIS STATEMENT (IF ANY)        + _____

(3) SUBTOTAL                    $ _____

(4) SUBTRACT TOTAL OF CHECKS
OUTSTANDING (IF ANY)           - _____

(5) ADJUSTED BANK BALANCE       $ _____

## YOUR BALANCE

(6) CHECK REGISTER BALANCE       $ _____

(7) ADD CREDITS WHICH APPEAR
ON THIS STATEMENT THAT HAVE
NOT BEEN RECORDED IN YOUR
REGISTER (IF ANY)              + _____ *

(8) ADD INTEREST CREDITED TO
YOUR ACCOUNT (IF ANY)          + _____ *

(9) SUBTRACT OTHER CHARGES
(IF ANY)                       - _____ *

(10) ADJUSTED CHECK REGISTER     $ _____
BALANCE
* Be sure to record in your check register.

Line 5 and Line 10 should now agree. If not, check the following items in your register:

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS: All transactions are subject to the USAA Federal Savings Bank Depository Agreement.**

126405-0714
BM1BCK



USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
5095 SOUTHWOOD RD APT 1208
FAIRBURN GA  30213-2037

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 05/03/16 - 06/02/16 |

OTHER DEBITS

DATE.........AMOUNT.TRANSACTION DESCRIPTION

| | | |
|---|---|---|
| 05/04 | 32.72 | POS DEBIT           050416 |
| | | PUBLIX SUPER M5370 CAMPBEFAIRBURN    GA |
| 05/04 | 10.00 | ACH DEBIT           050416 |
| | | PAYPAL       INST XFER ********** DEP |
| 05/05 | 5.71 | DEBIT CARD PURCHASE    050516 |
| | | Amazon.com           AMZN.COM/BILLWA |
| 05/06 | 10.00 | ACH DEBIT           050616 |
| | | PAYPAL       INST XFER ********** DEP |
| 05/06 | 10.00 | ACH DEBIT           050616 |
| | | PAYPAL       INST XFER ********** DEP |
| 05/09 | 22.86 | POS DEBIT           050816 |
| | | PUBLIX SUPER M5370 CAMPBEFAIRBURN    GA |
| 05/09 | 23.09 | POS DEBIT           050716 |
| | | PUBLIX SUPER M5370 CAMPBEFAIRBURN    GA |
| 05/09 | 54.99 | DEBIT CARD PURCHASE    050716 |
| | | WESTERN UNION        800-3256000  CO |
| 05/09 | 6.00 | ACH DEBIT           050916 |
| | | PAYPAL       INST XFER **********INGS |
| 05/10 | 10.00 | DEBIT CARD PURCHASE    050916 |
| | | ADY*SKYPE            425-8828080  NV |
| 05/10 | 17.14 | POS DEBIT           051016 |
| | | PUBLIX SUPER M5370 CAMPBEFAIRBURN    GA |
| 05/11 | 12.29 | POS DEBIT           051116 |
| | | WAL-MART #08554735 JONESBUNION CITY   GA |
| 05/12 | 4.00 | DEBIT CARD PURCHASE    051116 |
| | | LAZ PARKING 580       ATLANTA     GA |
| 05/13 | 7.99 | DEBIT CARD PURCHASE    051316 |
| | | NETFLIX.COM          NETFLIX.COM  CA |
| 05/13 | 25.00 | ACH DEBIT           051316 |
| | | CAPITAL ONE CARD ONLINE PMT **********8POS |
| 05/16 | 21.23 | POS DEBIT           051516 |
| | | PUBLIX SUPER M5370 CAMPBEFAIRBURN    GA |
| 05/16 | 27.98 | DEBIT CARD PURCHASE    051416 |
| | | FREEDOMPOP           888-743-8107 CA |
| 05/16 | 6.00 | ACH DEBIT           051616 |
| | | PAYPAL       INST XFER **********INGS |
| 05/17 | 29.00 | NSF FEE-ITEM RETURNED |
| | ACH - CAPITAL ONE    ONLINE PM |
| 05/18 | 29.00 | NSF FEE-ITEM RETURNED |



FDIC
INSURED


USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
5095 SOUTHWOOD RD APT 1208
FAIRBURN GA  30213-2037

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 05/03/16 - 06/02/16 |

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
```
     ACH - PAYPAL         INST XFER
05/19         5.00 DEBIT CARD PURCHASE    051916
                   FREEDOMPOP              888-743-8107 CA
05/19        20.00 USAA FUNDS TRANSFER DB
05/19        10.00 ACH DEBIT              051916
                   PAYPAL          INST XFER  ********** DEP
05/20        39.99 DEBIT CARD PURCHASE    051916
                   WESTERN UNION           800-3256000  CO
05/23        15.00 USAA FUNDS TRANSFER DB
05/23        22.50 ATM DB NONLOCAL        052116
                   5370 CAMPBELLTON FAIRB   FAIRBURN     GA
05/25        22.50 ATM DB NONLOCAL        052516
                   5370 CAMPBELLTON FAIRB   FAIRBURN     GA
05/25        29.00 NSF FEE-ITEM RETURNED
     ACH - PAYPAL         RETRY PYM
05/26        80.00 POS DEBIT              052616
                   PUBLIX SUPER M5370 CAMPBEFAIRBURN     GA
05/26       133.35 POS DEBIT              052616
                   FOOD DEPOT / FAIRBURN80 BFAIRBURN     GA
05/26       162.50 ATM DB NONLOCAL        052616
                   5370 CAMPBELLTON FAIRB   FAIRBURN     GA
05/26       300.00 USAA FUNDS TRANSFER DB
05/26       592.78 POS DEBIT              052616
                   PUBLIX SUPER M5370 CAMPBEFAIRBURN     GA
05/26        10.00 ACH DEBIT              052616
                   PAYPAL          INST XFER  ********** DEP
05/27        10.00 DEBIT CARD PURCHASE    052616
                   PAYPAL *FANDUEL         4029357733   NY
05/27        12.99 DEBIT CARD PURCHASE    052716
                   AMAZON MKTPLACE         AMZN.COM/BILLWA
05/27        13.17 DEBIT CARD PURCHASE    052616
                   AMAZON MKTPLACE         AMZN.COM/BILLWA
05/27        27.81 POS DEBIT              052716
                   PUBLIX SUPER M5370 CAMPBEFAIRBURN     GA
05/27        44.37 DEBIT CARD PURCHASE    052616
                   SEDC PAYMENT            678-9062570  GA
05/27       172.10 DEBIT CARD PURCHASE    052716
                   COMCAST ATLANTA         800-266-2278 GA
```


FDIC
INSURED

105846-0814_06
BMFR1A



USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
5095 SOUTHWOOD RD APT 1208
FAIRBURN GA  30213-2037

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 05/03/16 - 06/02/16 |

OTHER DEBITS

DATE.........AMOUNT.TRANSACTION DESCRIPTION

```
05/27            8.00 ACH DEBIT           052716
                      PAYPAL          RETRY PYMT **********JCUY
05/27           58.00 ACH DEBIT           052716
                      CAPITAL ONE     ONLINE PMT **********3064
05/27           60.00 ACH DEBIT           052616
                      Credit One Bank  Payment   **********9339
05/27           65.00 ACH DEBIT           052716
                      MERRICK BANK    ONLINE PMT **********8POS
05/27           75.21 ACH DEBIT           052716
                      USAA.COM PAY INT P&C      **********0557
05/31            2.58 DEBIT CARD PURCHASE   052916
                      Amazon Digital       AMZN.COM/billWA
05/31            6.00 DEBIT CARD PURCHASE   052716
                      PAYPAL *DRAFTKI      4029357733   MA
05/31            6.00 DEBIT CARD PURCHASE   053016
                      PAYPAL *DRAFTKI      4029357733   MA
05/31            6.00 DEBIT CARD PURCHASE   053016
                      PAYPAL *DRAFTKI      4029357733   MA
05/31           10.00 DEBIT CARD PURCHASE   052716
                      PAYPAL *FANDUEL      4029357733   NY
05/31           10.00 DEBIT CARD PURCHASE   052716
                      PAYPAL *FANDUEL      4029357733   NY
05/31           10.00 DEBIT CARD PURCHASE   052716
                      PAYPAL *FANDUEL      4029357733   NY
05/31           10.00 DEBIT CARD PURCHASE   052916
                      PAYPAL *FANDUEL      4029357733   NY
05/31           10.99 DEBIT CARD PURCHASE   052916
                      Amazon.com           AMZN.COM/BILLWA
05/31           15.02 DEBIT CARD PURCHASE   052816
                      STOP N GO            FAIRBURN    GA
05/31           39.40 POS DEBIT            053116
                      PUBLIX SUPER M5370 CAMPBEFAIRBURN    GA
05/31           29.00 NSF FEE-ITEM RETURNED
     ACH - CAPITAL ONE     ONLINE PM
06/01           14.28 DEBIT CARD PURCHASE   053116
                      AMAZON MKTPLACE      AMZN.COM/BILLWA
06/02            0.99 DEBIT CARD PURCHASE   060216
                      AMAZON DIGITAL       866-216-1072 WA
```



FDIC
INSURED

105846-0814_06
BMFR1A


USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
5095 SOUTHWOOD RD APT 1208
FAIRBURN GA   30213-2037

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 05/03/16 - 06/02/16 |

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
06/02      22.03 POS DEBIT            060216
                 PUBLIX SUPER M5370 CAMPBEFAIRBURN    GA
06/02      10.00 ACH DEBIT           060216
                 PAYPAL        INST XFER ********** DEP

ACCOUNT BALANCE SUMMARY
| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/03 | 210.86 | 05/18 | 35.47 |
| 05/04 | 149.58 | 05/19 | 85.47 |
| 05/05 | 143.87 | 05/20 | 45.48 |
| 05/06 | 123.87 | 05/23 | 7.98 |
| 05/09 | 52.86 | 05/25 | 13.52OD |
| 05/10 | 65.72 | 05/26 | 638.89 |
| 05/11 | 73.43 | 05/27 | 92.24 |
| 05/12 | 69.43 | 05/31 | 47.25 |
| 05/13 | 66.44 | 06/01 | 62.97 |
| 05/16 | 31.23 | 06/02 | 67.45 |
| 05/17 | 2.23 | | |


FDIC
INSURED

105846-0814_06
BMFR1A


USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
5095 SOUTHWOOD RD APT 1208
FAIRBURN GA  30213-2037

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 06/02/16 - 07/01/16 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 67.45 | 43 | 2,680.74 | 18 | 2,574.52 | .00 | 38.77OD |

Please examine immediately and report if incorrect  If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 203.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 493.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart

EFFECTIVE MARCH 1, 2016, TRANSACTIONS AT ATMS LOCATED
OUTSIDE OF THE UNITED STATES MAY NOT BE ELIGIBLE FOR ATM
USAGE FEE REFUNDS. SEE FEE SCHEDULE ON USAA.COM

DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION

| | | |
|---|---|---|
| 06/03 | 10.00 | USAA FUNDS TRANSFER CR |
| 06/03 | 20.00 | USAA FUNDS TRANSFER CR |
| 06/06 | 20.00 | USAA FUNDS TRANSFER CR |
| 06/07 | 10.00 | USAA FUNDS TRANSFER CR |
| 06/07 | 20.00 | USAA FUNDS TRANSFER CR |
| 06/13 | 10.00 | USAA FUNDS TRANSFER CR |
| 06/13 | 15.00 | USAA FUNDS TRANSFER CR |
| 06/15 | 10.00 | USAA FUNDS TRANSFER CR |
| 06/23 | 1,931.04 | ACH CREDIT          062416 |
| | | DFEC TREAS 310    MISC PAY **********1549 |
| 06/24 | 120.00 | USAA FUNDS TRANSFER CR |
| 06/27 | 25.00 | USAA FUNDS TRANSFER CR |
| 06/27 | 40.00 | USAA FUNDS TRANSFER CR |
| 06/27 | 60.00 | USAA FUNDS TRANSFER CR |
| 06/27 | 65.00 | USAA FUNDS TRANSFER CR |
| 06/27 | 85.00 | USAA FUNDS TRANSFER CR |
| 06/27 | 29.00 | NSF FEE REFUND |
| 06/29 | 91.98 | DEBIT CARD REFUND    062816 |
| | | AMAZON MKTPLACE        AMZN.COM/BILLWA |
| 07/01 | 12.50 | ATM SURCHARGE REBATE |

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION

| | | |
|---|---|---|
| 06/03 | 27.53 | POS DEBIT          060316 |
| | | PUBLIX SUPER M5370 CAMPBEFAIRBURN    GA |


FDIC
INSURED

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $   |

### BANK BALANCE

(1) BALANCE THIS STATEMENT
(SHOWN ON FRONT PAGE)           $ _____

(2) ADD DEPOSITS NOT SHOWN ON
THIS STATEMENT (IF ANY)         + _____

(3) SUBTOTAL                    $ _____

(4) SUBTRACT TOTAL OF CHECKS
OUTSTANDING (IF ANY)            - _____

(5) ADJUSTED BANK BALANCE       $ _____

### YOUR BALANCE

(6) CHECK REGISTER BALANCE      $ _____

(7) ADD CREDITS WHICH APPEAR
ON THIS STATEMENT THAT HAVE
NOT BEEN RECORDED IN YOUR
REGISTER (IF ANY)               + _____ *

(8) ADD INTEREST CREDITED TO
YOUR ACCOUNT (IF ANY)           + _____ *

(9) SUBTRACT OTHER CHARGES
(IF ANY)                        - _____ *

(10) ADJUSTED CHECK REGISTER    $ _____
BALANCE
* Be sure to record in your check register.

Line 5 and Line 10 should now agree. If not, check the following items in your register:

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**FDIC**
**INSURED**

**TERMS AND CONDITIONS:** All transactions are subject to the USAA Federal Savings Bank Depository Agreement.

126405-0714
BM1BCK

 USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
5095 SOUTHWOOD RD APT 1208
FAIRBURN GA  30213-2037

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 06/02/16 - 07/01/16 |

OTHER DEBITS

```
DATE.........AMOUNT.TRANSACTION DESCRIPTION
06/03          25.00 ACH DEBIT            060316
                     CAPITAL ONE    ONLINE PMT **********3424
06/06           5.34 DEBIT CARD PURCHASE    060516
                     Amazon.com          AMZN.COM/BILLWA
06/06          22.50 ATM DB NONLOCAL        060616
                     5370 CAMPBELLTON FAIRB  FAIRBURN    GA
06/09          10.99 DEBIT CARD PURCHASE    060816
                     WESTERN UNION         800-3256000  CO
06/09          24.99 DEBIT CARD PURCHASE    060816
                     WESTERN UNION         800-3256000  CO
06/13           7.99 DEBIT CARD PURCHASE    061316
                     NETFLIX.COM           NETFLIX.COM  CA
06/13          22.12 POS DEBIT             061316
                     PUBLIX SUPER M5370 CAMPBEFAIRBURN    GA
06/13           5.00 ACH DEBIT            061316
                     PAYPAL        INST XFER **********INGS
06/15          22.50 ATM DB NONLOCAL        061516
                     5370 CAMPBELLTON FAIRB  FAIRBURN    GA
06/17           0.99 DEBIT CARD PURCHASE    061716
                     Amazon Digital       AMZN.COM/billWA
06/23          12.60 DEBIT CARD PURCHASE    062316
                     AMAZON MKTPLACE       AMZN.COM/BILLWA
06/23          25.00 DEBIT CARD PURCHASE    062316
                     AMAZON MKTPLACE       AMZN.COM/BILLWA
06/23         125.04 DEBIT CARD PURCHASE    062316
                     AMAZON MKTPLACE       AMZN.COM/BILLWA
06/23         222.50 ATM DB NONLOCAL        062316
                     5370 CAMPBELLTON FAIRB  FAIRBURN    GA
06/23         300.00 USAA FUNDS TRANSFER DB
06/23         595.78 POS DEBIT             062316
                     PUBLIX SUPER M5370 CAMPBEFAIRBURN    GA
06/24           3.00 DEBIT CARD PURCHASE    062416
                     AMAZON MKTPLACE       AMZN.COM/BILLWA
06/24           6.98 DEBIT CARD PURCHASE    062416
                     AMAZON MKTPLACE       AMZN.COM/BILLWA
06/24           8.98 DEBIT CARD PURCHASE    062416
                     AMAZON MKTPLACE       AMZN.COM/BILLWA
```

 **FDIC** INSURED

USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
5095 SOUTHWOOD RD APT 1208
FAIRBURN GA  30213-2037

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 06/02/16 - 07/01/16 |

OTHER DEBITS

```
DATE..........AMOUNT.TRANSACTION DESCRIPTION
06/24         13.90 DEBIT CARD PURCHASE    062316
                    Amazon.com              AMZN.COM/BILLWA
06/24         13.90 DEBIT CARD PURCHASE    062416
                    AMAZON MKTPLACE         AMZN.COM/BILLWA
06/24         36.28 DEBIT CARD PURCHASE    062416
                    COMCAST ATLANTA         800-266-2278 GA
06/24         49.99 DEBIT CARD PURCHASE    062316
                    WESTERN UNION           800-3256000  CO
06/24         56.49 DEBIT CARD PURCHASE    062316
                    SEDC PAYMENT            678-9062570  GA
06/24         62.50 ATM DB NONLOCAL        062416
                    5370 CAMPBELLTON FAIRB  FAIRBURN    GA
06/24        150.00 DEBIT CARD PURCHASE    062416
                    COMCAST ATLANTA         800-266-2278 GA
06/24        166.37 DEBIT CARD PURCHASE    062316
                    PAYPAL *OMAHAST         4029357733  NE
06/24         29.00 NSF FEE-ITEM RETURNED
      ACH - USAA.COM PAY INTP&C
06/24          6.00 ACH DEBIT              062416
                    PAYPAL         INST XFER **********INGS
06/24         10.00 ACH DEBIT              062416
                    PAYPAL         INST XFER ********** DEP
06/27         42.50 ATM DB NONLOCAL        062516
                    5370 CAMPBELLTON FAIRB  FAIRBURN    GA
06/27         49.99 DEBIT CARD PURCHASE    062416
                    WESTERN UNION           800-3256000  CO
06/27         91.98 DEBIT CARD PURCHASE    062616
                    AMAZON MKTPLACE         AMZN.COM/BILLWA
06/27         98.00 USAA FUNDS TRANSFER DB
06/27         29.00 NSF FEE-ITEM RETURNED
      ACH - CAPITAL ONE    ONLINE PM
06/27         29.00 NSF FEE-ITEM RETURNED
      ACH - MERRICK BANK   ONLINE PM
06/27         29.00 NSF FEE-ITEM RETURNED
      ACH - CAPITAL ONE    ONLINE PM
06/27         29.00 NSF FEE-ITEM RETURNED
      ACH - Credit One Bank Payment
```

**FDIC**
INSURED

105846-0814_0€
BMFR1A



USAA
FEDERAL
SAVINGS
BANK

CALVIN W SCOTT
5095 SOUTHWOOD RD APT 1208
FAIRBURN GA  30213-2037

0
03

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01441-3670-8 | USAA SECURE CHECKING | 06/02/16 - 07/01/16 |


    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
06/28           57.01 DEBIT CARD PURCHASE    062816
                MERCURY GA COMM      877-559-9033 GA
06/28           98.00 DEBIT CARD PURCHASE    062816
                MERCURY*GA HOME      877-559-9033 GA
06/28           29.00 NSF FEE-ITEM RETURNED
   ACH - USAA.COM PAY INTP&C
06/30           29.00 NSF FEE-ITEM RETURNED
   ACH - MERRICK BANK    RETRY PYM

 ACCOUNT BALANCE SUMMARY
        DATE.........BALANCE   DATE.........BALANCE
        06/02        67.45     06/23        657.62
        06/03        44.92     06/24        164.23
        06/06        37.08     06/27         69.76
        06/07        67.08     06/28        114.25OD
        06/09        31.10     06/29         22.27OD
        06/13        20.99     06/30         51.27OD
        06/15         8.49     07/01         38.77OD
        06/17         7.50



FDIC
INSURED

EXHIBLT 3

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd.
Birmingham, AL    35285-0001
Date: March 20, 2017
Claim Number:  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A



0029629  00079741        1  AB   0.403  0313M1T2R3PN  T249  P18
CALVIN W SCOTT
5095 SOUTHWOOD ROAD
APT 1208
FAIRBURN GA 30213-2245

We are writing to you about your Social Security benefits.

## What You Should Know

As you requested on or about March 13, 2017 we changed your direct deposit information.  We will send your Social Security payments to the new financial institution or account you selected.

You should keep the old account open until we send a payment to the new account.  It usually takes us 1 to 2 months to change where we send payments.

Please let us know right away if your address changes so we can send any future letters to your new address.  Also let us know if you change the bank account where we send your payments.

## What We Will Pay And When

- You will receive $319.00 for March 2017 around April 12, 2017.



- After that you will receive $319.00 on or about the second Wednesday of each month.

C See Next Page

EXHIBIT 4

07/30/2019

Calvin W. Scott

5095 Southwood Rd. Unit 1208

Fairburn, Ga.30213

Jan E. Roush, President

Dorchester Management

6780 Roswell Road

SandySprings,Ga.30328

Re: Notice of Violation of Lease Agreement and Request to Vacate Unit Within Six Months

Dear, Ms. Roush

I am contacting your office to request a formal, written notice of the above request, because the

attached notes, on a memo sheet, is an insufficient bases for me to consider, as a formal basis, for me

To go through a life changing event, and expense for the following reasons;

1) I believe that allegations of financial fraud are covered under the Older American's Act of 2009.(OOA)

2)I do not believe I have engaged in the fraudulent conduct I have been accused of by C. J. your representative at the property.

3)I have been through your certification process three times, and I have given your representatives, my written statement, and my bank statements, which makes it impossible for me to under report my income.

4) I am retired from a Federal agency with the responsibility for the investigation, for enforcing the

provisions of the OOA.

5) I consider these allegation's serious, because I have never been involved in any type of financial crime.

6) I consider these allegation's serious, and unlike C. J. stated "that regardless of whose fault you are going to have to move any way"

7)I made your office aware at the time I entered into the leasing agreement that, I suffer from mental

disability, and I feel do not want the threat of eviction looming over my head.

1

disclosure, I do not want anyone contacting me about this issue by phone because for record keeping purposes.

Sincerely;

Calvin W. Scott

EXHIBIT 5

# Providence at Parkway Village
### A P A R T M E N T S

August 14, 2019


Re: 1208


Mr. Scott requested documents are available for you to pick up in office.

You will have to sign as proof of receipt of requested documents.


Respectfully,
Providence at Parkway Village Management

Calvin Scott _____

Date ___8/16/2019_____

EXHIBLT 6



US DEPT OF LABOR, OWCP
PO BOX 8300 - DISTRICT 6
LONDON, KY 40742-8300

# United States Department of Labor
### Division of Federal Employees' Compensation

# BENEFIT STATEMENT

CALVIN WILLIAM SCOTT
8304 CAVALIER CROSSING
LITHONIA     GA 30038

US DEPT OF LABOR, OWCP
PO BOX 8300 - DISTRICT 6
LONDON, KY 40742-8300



| | | | |
|---|---|---|---|
| Case Number: | 06-0360153 | Gross Compensation: | 2,268.00 |
| Social Security Number: | 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 | Less Deductions: | 292.86 |
| Date of Injury: | 84/11/06 | Intermittent Hours Lost: | .00 |
| Pay Type: | 1 | Overpayments: | 50.00 |
| Check Date: | 15/09/18 | Other Payees: | .00 |
| Period Paid: 15/08/23 | To: 15/09/19 | Net Check Amount: | 1,925.14 |
| Pay Rate: | 399.54 | Agency Health Insurance Cost: | 404.02 |
| Comp Rate: | .6667 | Health Insurance Code: | 104 |
| Life Insurance | 110.80 | From: 15/08/23 To: 15/09/19 | |

# NOTICE TO RECIPIENTS

**METHOD OF PAYMENT** If you are receiving payment by electronic fund transfer (EFT), the payment shown above has already been made to your financial institution. Otherwise, the check is enclosed.

**ADDRESS CHANGE** If you move or otherwise change your mailing address or your check mailing address (such as a bank or credit union), advise OWCP right away in writing of the new address.

**CORRESPONDENCE** Include your OWCP file number on all letters you send to OWCP.

**DEPENDENTS** For recipients of payments for disability or schedule award (pay type 1 or 9, as shown above): If you have one or more dependents, you are entitled to compensation at the augmented rate of 75%, rather than 66 2/3 percent, of your pay rate. (Questions as to who qualifies as a dependent should be directed to the OWCP District Office handling your claim.) Events such as birth, death, marriage, divorce, separation, or youngest child reaching age 18 may affect your compensation and should be reported to OWCP right away.

**EMPLOYMENT** For recipients of payments for disability (pay type 1, as shown above): To avoid an overpayment of compensation, advise OWCP right away when you return to full-time or part-time work with either a government or private employer (including self-employment.) Return to OWCP any compensation checks received after you go back to work. State the full name and address of your employer; the date employment began; the rate of pay and number of hours worked per week; and a description of the employment.

**SURVIVORS** For recipients of payments for death benefits (pay type 7, as shown above): If it has not already done so, OWCP will advise you in detail of each survivor for whom death benefits are payable, and the percentage of salary payable for each. (Questions as to who qualifies as a survivor should be directed to the OWCP District Office handling your claim.) Events such as birth of a posthumous child, death, remarriage, or youngest child reaching age 18 may affect your compensation and should be reported to OWCP right away.



10132060360153

US DEPT OF LABOR, OWCP
PO BOX 8300 - DISTRICT 6
LONDON, KY 40742-8300

# United States Department of Labor
## Division of Federal Employees' Compensation

# BENEFIT STATEMENT

CALVIN WILLIAM SCOTT
5095 SOUTHWOOD RD
APT 1208
FAIRBURN          GA 30213

US DEPT OF LABOR, OWCP
PO BOX 8300 - DISTRICT 6
LONDON, KY 40742-8300

| | | | |
|---|---|---|---|
| Case Number: | | 06-0360153 | |
| Social Security Number: | | 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 | |
| Date of Injury: | | 84/11/06 | |
| Pay Type: | | 1 | |
| Check Date: | | 16/04/29 | |
| Period Paid: | 16/04/03 | To: 16/04/30 | |
| Pay Rate: | | 399.54 | |
| Comp Rate: | | .6667 | |
| Life Insurance | | 95.68 | |

| | |
|---|---|
| Gross Compensation: | 2,277.00 |
| Less Deductions: | 295.96 |
| Intermittent Hours Lost: | .00 |
| Overpayments: | 50.00 |
| Other Payees: | .00 |
| Net Check Amount: | 1,931.04 |
| Agency Health Insurance Cost: | 426.74 |
| Health Insurance Code: | 104 |
| From: 16/04/03    To: | 16/04/30 |

# NOTICE TO RECIPIENTS

**METHOD OF PAYMENT**  If you are receiving payment by electronic fund transfer (EFT), the payment shown above has already been made to your financial institution. Otherwise, the check is enclosed.

**ADDRESS CHANGE**  If you move or otherwise change your mailing address or your check mailing address (such as a bank or credit union), advise OWCP right away in writing of the new address.

**CORRESPONDENCE**  Include your OWCP file number on all letters you send to OWCP.

**DEPENDENTS**  For recipients of payments for disability or schedule award (pay type 1 or 9, as shown above):  If you have one or more dependents, you are entitled to compensation at the augmented rate of 75%, rather than 66 2/3 percent, of your pay rate. (Questions as to who qualifies as a dependent should be directed to the OWCP District Office handling your claim.) Events such as birth, death, marriage, divorce, separation,  or youngest child reaching age 18 may affect your compensation and should be reported to OWCP right away.

**EMPLOYMENT**  For recipients of payments for disability (pay type 1, as shown above): To avoid an overpayment of compensation, advise  OWCP right away when you return to full-time or part-time  work with either a government or private employer (including self-employment.) Return to OWCP any compensation checks received after you go back to work. State the full name and address of your employer; the date employment began; the rate of pay and number of hours worked per week; and a description of the employment.

**SURVIVORS**  For recipients of payments for death benefits (pay type 7, as shown above):  If it has not already done so, OWCP will advise you in detail of each survivor for whom death benefits are payable,  and the percentage of salary payable for each. (Questions as to who qualifies as a survivor should be directed to the OWCP District Office handling your claim.) Events such as birth of a posthumous child, death, remarriage,  or youngest child reaching age 18 may affect your compensation and should be reported to OWCP right away.





# United States Department of Labor
### Division of Federal Employees' Compensation

# BENEFIT STATEMENT

CALVIN WILLIAM SCOTT
5095 SOUTHWOOD RD
APT 1208
FAIRBURN            GA 30213

••0••

US DEPT OF LABOR, OWCP
PO BOX 8300 - DISTRICT 6
LONDON, KY 40742-8300

*Blue Cross*
*Health INS.*

2,323• x
12• =
27,876•00 +

| | | |
|---|---|---|
| Case Number: | 06-0360153 | |
| Social Security Number: | 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 | |
| Date of Injury: | 84/11/06 | |
| Pay Type: | 1 | |
| Check Date: | 17/10/13 | |
| Period Paid: | 17/09/17 To: 17/10/14 | |
| Pay Rate: | 399.54 | |
| Comp Rate: | .6667 | |
| Life Insurance: | .00 | |

| | | |
|---|---|---|
| Gross Compensation: | | 2,323.00 |
| Less Deductions: | | 211.98 |
| Intermittent Hours Lost: | | .00 |
| Overpayments: | | .00 |
| Other Payees: | | .00 |
| Net Check Amount: | | 2,111.02 |
| Agency Health Insurance Cost: | | 443.34 |
| Health Insurance Code: | | 104 |
| From: | 17/09/17 To: | 17/10/14 |

# NOTICE TO RECIPIENTS

**METHOD OF PAYMENT** If you are receiving payment by electronic fund transfer (EFT), the payment shown above has already been made to your financial institution. Otherwise, the check is enclosed.

**ADDRESS CHANGE** If you move or otherwise change your mailing address or your check mailing address (such as a bank or credit union), advise OWCP right away in writing of the new address.

**CORRESPONDENCE** Include your OWCP file number on all letters you send to OWCP.

**DEPENDENTS** For recipients of payments for disability or schedule award (pay type 1 or 9, as shown above): If you have one or more dependents, you are entitled to compensation at the augmented rate of 75%, rather than 66 2/3 percent, of your pay rate. (Questions as to who qualifies as a dependent should be directed to the OWCP District Office handling your claim.) Events such as birth, death, marriage, divorce, separation, or youngest child reaching age 18 may affect your compensation and should be reported to OWCP right away.

**EMPLOYMENT** For recipients of payments for disability (pay type 1, as shown above): To avoid an overpayment of compensation, advise OWCP right away when you return to full-time or part-time work with either a government or private employer (including self-employment.) Return to OWCP any compensation checks received after you go back to work. State the full name and address of your employer; the date employment began; the rate of pay and number of hours worked per week; and a description of the employment.

**SURVIVORS** For recipients of payments for death benefits (pay type 7, as shown above): If it has not already done so, OWCP will advise you in detail of each survivor for whom death benefits are payable, and the percentage of salary payable for each. (Questions as to who qualifies as a survivor should be directed to the OWCP District Office handling your claim.) Events such as birth of a posthumous child, death, remarriage, or youngest child reaching age 18 may affect your compensation and should be reported to OWCP right away.

US DEPT OF LABOR, OWCP
PO BOX 8300 - DISTRICT 6
LONDON, KY 40742-8300

008968

# United States Department of Labor
### Division of Federal Employees' Compensation

# BENEFIT STATEMENT

```
          12•  =
     28,488•00 +
```

CALVIN WILLIAM SCOTT
5095 SOUTHWOOD RD
APT 1208
FAIRBURN          GA 30213

```
       ••0••

      2,374•  x
          12•  =
     28,488•00 +
```

US DEPT OF LABOR, OWCP
PO BOX 8300 - DISTRICT 6
LONDON, KY 40742-8300

| | | | | |
|---|---|---|---|---|
| Case Number: | | 06-0360153 | Gross Compensation: | 2,374.00 |
| Social Security Number: | | 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 | Less Deductions: | 334.32 |
| Date of Injury: | | 84/11/06 | Intermittent Hours Lost: | .00 |
| Pay Type: | | 1 | Overpayments: | 50.00 |
| Check Date: | | 18/12/07 | Other Payees: | .00 |
| Period Paid: | 18/11/11 | To: 18/12/08 | Net Check Amount: | 1,989.68 |
| Pay Rate: | | 399.54 | Agency Health Insurance Cost: | 458.50 |
| Comp Rate: | | .6667 | Health Insurance Code: | 104 |
| Life Insurance | | 108.00 | From: 18/11/11 To: | 18/12/08 |

# NOTICE TO RECIPIENTS

**METHOD OF PAYMENT** If you are receiving payment by electronic fund transfer (EFT), the payment shown above has already been made to your financial institution. Otherwise, the check is enclosed.

**ADDRESS CHANGE** If you move or otherwise change your mailing address or your check mailing address (such as a bank or credit union), advise OWCP right away in writing of the new address.

**CORRESPONDENCE** Include your OWCP file number on all letters you send to OWCP.

**DEPENDENTS** For recipients of payments for disability or schedule award (pay type 1 or 9, as shown above): If you have one or more dependents, you are entitled to compensation at the augmented rate of 75%, rather than 66 2/3 percent, of your pay rate. (Questions as to who qualifies as a dependent should be directed to the OWCP District Office handling your claim.) Events such as birth, death, marriage, divorce, separation, or youngest child reaching age 18 may affect your compensation and should be reported to OWCP right away.

**EMPLOYMENT** For recipients of payments for disability (pay type 1, as shown above): To avoid an overpayment of compensation, advise OWCP right away when you return to full-time or part-time work with either a government or private employer (including self-employment.) Return to OWCP any compensation checks received after you go back to work. State the full name and address of your employer; the date employment began; the rate of pay and number of hours worked per week; and a description of the employment.

**SURVIVORS** For recipients of payments for death benefits (pay type 7, as shown above): If it has not already done so, OWCP will advise you in detail of each survivor for whom death benefits are payable, and the percentage of salary payable for each. (Questions as to who qualifies as a survivor should be directed to the OWCP District Office handling your claim.) Events such as birth of a posthumous child, death, remarriage, or youngest child reaching age 18 may affect your compensation and should be reported to OWCP right away.



08944060360153



EXHIBIT 7

# Social Security Administration

```
319•9  x
   2•  %
 6•40  +
326•30 +%
326•5  x
  12•  =
3,915•60 +
```

CALVIN W SCOTT
5095 SOUTHWOOD ROAD
APT 1208
FAIRBURN GA 30213-2245

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**
Beginning February 2017, the full monthly Social Security benefit before any deductions is $319.90.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $319.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the second Wednesday of each month.

**Information About Past Social Security Benefits**
From December 2016 to January 2017, the full monthly Social Security benefit before any deductions was $319.90.

We deducted $134.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $185.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**
You are entitled to monthly retirement benefits.

**Date of Birth Information**
The date of birth shown on our records is December 06, 1951.

**Medicare Information**
You are entitled to hospital insurance under Medicare beginning December 2016.

**Suspect Social Security Fraud?**
Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**
We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-331-7028. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
6670 MERCHANTS WAY
MORROW, GA 30260

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

EXHIBIT 8




## CQS Case Compensation Payment History

| | | |
|---|---|---|
| **CASE#:** | 060360153 | **SSN:** 417722708    **SEX:** M |
| **NAME:** | SCOTT, CALVIN W | **DOB/Age:** 12/06/1951 - 67 |
| **Address:** | 5095 SOUTHWOOD RD APT 1208 | **DOI:** 11/06/1984 |
| **City State Zip:** | FAIRBURN, GA 30213 | |

**Reported Condition:**

9999 - OTH/UNS COMPLICATIONS MEDICAL CARE

**Condition Accepted**

ICD9

8900 L - OPEN WOUND OF HIP AND THIGH WO COMPLICATIONS

30981 - POSTTRAUMATIC STRESS DISORDER

311 - DEPRESSIVE DISORDER NEC

9563 L - INJURY TO PERONEAL NERVE

3557 L - OTHER MONONEURITIS LOWER LIMB

32702 - ORGANIC DISORDERS OF INITIATING AND MAINTAINING SLEEP, DUE TO MENTAL DISORDERS

2962 - MAJOR DEPRESSIVE DISORDER SINGLE EPISODE

**Form Rev'd:** CA1 - 11/15/1984    **Location:** Jacksonville    **CEID:** CBD

## CASE STATUS

**Current Case Status:** PR   - 10/22/1996 -   Payment on Periodic Roll
**Current Location:** OL1   - 12/13/2013 -   DESC MISSING

*Continuation of Pay was not elected*      **Case Created:** 11/19/1984
     **Closed:**

**Lost Time Began:**      **Reopened:**
**Last Updated On:** 02/18/2016      **Retired:**

### COMPENSATION PAYMENT HISTORY

| Compensation Period: From - To | Rel Code | Roll Type | Payment Method | Payment Amount | Payment Date | Payment Type | Sequence Number | Cncl Chk |
|---|---|---|---|---|---|---|---|---|
| 08/18/2019 - 09/14/2019 | CL | Periodic | EFT | 2034.54 | 09/14/2019 | Disability | 7349 | N |

**NEW CASE Compensation Payments Compensation Tracking Bill Inquiry**

EXHIBIT 9

08/18/2018

Calvin W. Scott

5095 Southwood Rd. Unit 1208

Fairburn,Ga.30213


MS. Jan E. Roush, President, Dorchester Management

6780 Roswell Rd.

Sandy Springs, Ga.30328

Re: Second Request  and notice of Refusal to Provide Requested Documents

Dear, Ms. Roush

The purpose of this letter is to, "Confirm" the fact that on Friday August 9th your office received "Certified Return Receipt Requested" letter# 70190700000167154356  remind you of the following requirements in my lawful F.O.I.A , request:

a)I my original letter requested all the documents relating to your allegation that I failed to provide you company with all information relating to your allegations. This meant that I am requesting a complete copy of my file, which includes all documents in your possession that I signed during the three Certifications I have participated in since our agreement. This is a specific request that you include all HUD, and Atlanta Housing forms, because they are pertinent to your allegations, I want a complete copy of everything your Company have had me to sign, during the three Certifications, that pertains to my rental agreement with Dorchester Management,  and your site office have relating  to our agreement. I believe that a Federal judge will  review these documents which were signed under" penalty of perjury". I don't have any objections to what I signed, and the amounts of income I reported on the forms.

This is a "Reasonable" request under the Fourth, Fifth, Sixth, Seventh and Fourteenth Amendments to the  United States Constitution. I will be requesting a jury trial, as soon as you provide me with the information, or  if you chose not to provide me with a formal written statement telling me in writing what I have done to cause the termination of my lease. A  judge will make you produced the records to support your verbal allegations, and a jury will  also, evaluate my claims. I look forward to receiving the requested information along with an inventory sheet detailing your response. If your office to ignore my lawful request, I will be providing the court with evidence that the verbal threats of eviction, by your on-site staff is  already causing me severe irreparable "Psychological Distress" and "Emotional Harm" which have caused me to have to seek additional treatment for my condition. I know from my experience in dealing with your  on-site staff that myself, and other residents have been threatened with physical harm, but I am not going to be baited into a confrontation with your staff, therefore, please do not have them contact me unless it's in writing, for record keeping purposes. These same judges that will be

reviewing my action in the District Court, already have evidence, of how I have responded to pressure in much more dangerous situations.

b)I am requesting a notice in writing signed by you, and not your on-site representative. I was required to sign for the receipt of the misleading information provided to me by your representative. I may be a senior citizen with a mental disability, who have people assisting me, who cannot be misled.

c) I view the information provided to me by your on-site office as a refusal to provide the information, in response to my lawful request as a refusal because you failed to respond. The information provided by your representative, did not contain an inventory sheet, and because this was not provided, to me by you the person my letter was addressed to, I believe that it is your intention to engage in the obstruction, in violation of Title 18 USC Sec.1507.

d)I am therefore advising you that you are in violation of The Fair housing act of 1968 Title 42 USC; SEC.3604(a)(c)(f)1(b) and (2)(B) of the Fair Housing Act of 1968.

e)I am also alleging that your refusal to repair the rear door in the 1201-1209 hallway is in violation of Section 3604(B) and Sec.3(C)(ii)because that door does not allow passage into and within all premises is in violation of the Fair Housing Act of 1968, because of the fact that I have nerve damage to my left leg, and your inaction have required me to have to walk all the way to the door in the common area to gain access to my unit.

f)I view our refusal to provide me with a formal written notice that I violated the terms of my lease, by not providing your office with proof of all my income, as I requested, instead verbally telling me what law applies, in in violation of title 42 USC;Sec.3617, because the actions of your representative amounts to coercion, intimidation, and threats to evict me without providing me with a written notice of the specific detailed information your representative claims, justifies her action.

g) I am also advising you that I will be alleging that you have engaged in a conspiracy to violate to violate Title 18USC Sec.1982 and 1983, because of the fact that these letters are addressed to you, and neither you, or your representative have chosen to respond.

h) A Federal judge is not going to accept the fact that your on-site representative has chosen to make verbal threats of eviction, for cause, and yet she has refused to provide me with a formal signed copy statement of her allegations against me.

I)I have been before this court on many occasions before, because I occupied a position of public trust, and even though I had the opportunity to be involved in multimillion dollar schemes before, the weight of the evidence is going to show that I have never engaged in any type of criminal fraud.

j)I am making this second request for the pertinent information by the First day of September, and I am, therefore, advising you that, if you continue to ignore my request, I will be filing my a request for enforcement of my FOIA request in the United States District Court for the Northern District of Georgia Atlanta Division, along with a request for an Order for Dorchester Management, why the court should not be required to cite you for discrimination, against me because of my race, age, Gender, and my Disability . I am also advising you that a Monthly Benefit is insufficient in proving that I committed housing fraud. Your office may want to review the information CJ have provided to me.

k)because of the fact that you are aware that I am a black man who suffer from  suffer from PTSD, and you actions are a deliberate attempt to cause  me severe emotional distress, because of the fact that the conduct of your representative who have refused to provide me with the proper information, is deliberate attempt to hold the threat of forced eviction over my head, is the same as playing "Russian Roulette" with a loaded gun to my head. I will also, be advising the court of the fact that your on-site agent have attempted to intimidate me in the past by threating me with physical harm.

l)I will also be making a formal complaint that I believe that I am the victim of "Racial Profiling" because of my race, therefore, I will be requesting statistical analysis of  the racial, and gender breakdown of the population for all of Dorchester Properties, because I know that statistically, as one of the few  black men, living in all of your Properties  it is more likely than not I am being wrongfully accused of a crime, and your employee's  have chosen to target me. The chances of me being accused of a crime is highly unlikely,  because of my background, The lack of a criminal record, and the fact that for the small percentage of black men living in all of your properties, there is a minimal number of the few black men you rent to it is more likely than not few, will have occupied apposition of public trust,  and do not have a criminal record. I believe that when  I subpoena Dorchester records , and by  having them audited, by a retired HUB investigator these records  will prove my allegation's.

I view your allegations seriously, and If your Company feel that I have provided fraudulent information to you, which is also a crime under the Federal Housing Act and I could face a $10,000.00 fine and imprisonment, if your allegations are found to be true .I am advising you in advance that  you have chosen someone who will examine your overall conduct in regard to all men similarly situated as me.

Therefore, I  am making this request for a second time, and I am expecting everything concerning your Proposal for Eviction in writing, with the signature from the person making the allegations affixed to the proposal, because so far, you and your representative are in violation of my Federal Civil Rights, as well as, the "Due Process" provision of the Fourteenth Amendment of the United States Constitution.

I  will be expecting  a written "Signed " response, from you no later the September 5, 2019, along with a Request to produce Documents under the Freedom of Information Act of 1974. I will be filing a formal request for these same records. I will also be issuing Subpoena's for current and formal residents who have been victimized by your current, and formal employees. Please do not have your on-site staff to try to speak to me about this matter, because my doctor who have treated me for 35yrs. Have advised me that, because of my long history of dealing with my illness, he will be making a medical assessment of the pressure. I have been placed under, and it would be better for me not to have any verbal interaction with your on-site staff. If  their conduct does not change he have advised me to avoid any unnecessary contact with these people, and written communication should be enough, because written communications do  leave a "Paper Trail ".


Sincerely,


Calvin W. Scott