UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CALVIN W. SCOTT,<br><br>               Plaintiff,<br><br>vs.<br><br>DORCHESTER MANAGEMENT et al.,<br><br>               Defendant. | CIVIL ACTION FILE<br><br>NO.  1:19-cv-04699-LMM |

### J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** without prejudice for want of prosecution, failure to follow a lawful order of this Court, and failure to serve. See Fed. R. Civ. P. 4(m); LR 41.3(A), NDGa.

Dated at Atlanta, Georgia, this 6th day of April, 2020.

                                                JAMES N. HATTEN
                                                CLERK OF COURT

                              By:   s/ Teressa Frazier
                                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 6, 2020
James N. Hatten
Clerk of Court

By:   s/ Teressa Frazier
        Deputy Clerk